AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | ) |
|---|---|
| KONNECH, INC. | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
| TRUE THE VOTE, INC., GREGG PHILLIPS, AND CATHERINE ENGELBRECHT | ) |
| | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* GREGG PHILLIPS
1752 Coates Pass
Birmingham, Alabama 35244

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Constantine Z. Pamphilis
KASOWITZ BENSON TORRES LLP
1415 Louisiana Street, Suite 2100
Houston, Texas 77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____
*Signature of Clerk or Deputy Clerk*