# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KONNECH, INC., | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-CV-03096 |
| | § | |
| TRUE THE VOTE, INC., GREGG PHILLIPS, and CATHERINE ENGELBRECHT, | § § § | |
| | § | |
| DEFENDANTS. | § | |

## AFFIDAVIT OF EUGENE YU

STATE OF MICHIGAN    )
                     )
COUNTY OF INGHAM     )

BEFORE ME the undersigned official on this day appeared EUGENE YU, who is personally known to me, and being duly sworn according to law upon his oath deposed and said:

1. My name is Eugene Yu. I am a citizen of the United States of America. I am over the age of 18 years and suffer no form of legal or mental disabilities. I have personal knowledge of the facts stated in this affidavit which are true and correct.

2. I am the President and CEO of Plaintiff Konnech, Inc. ("Konnech"). Konnech provides governmental entities in the U.S. with election logistics software, called PollChief, that is used by those governmental entities to recruit, train and schedule poll workers; coordinate the distribution of equipment and supplies to polling places; and dispatch support personnel to address technical and other issues. Konnech does not select, communicate, or otherwise interface with any poll workers. And Konnech's software products are in no way involved in the registration of voters, the production, distribution, scanning, or processing of ballots, or the collection, counting or reporting of votes. Konnech never handles any ballots and no ballots or voting counts ever enter any of Konnech's protected computers, as that term is defined by 18 U.S.C. 1030, *et. seq.*

3. In connection with its business, Konnech maintains protected computers which are used in or affect interstate commerce. Konnech controls access to its offices, enters into confidentiality agreements with its customers and employees, and uses two-factor authentication and other security measures to control access to its protected computers. Only a select group of Konnech employees that have been provided with that two-factor authentication have authority to access Konnech's protected computers.

4. True the Vote, Inc., Gregg Phillips, and Catherine Engelbrecht ("Defendants") have directly, repeatedly and improperly targeted Konnech and its protected computers. Defendants have publicized that they held an event on August 13, 2022, called "The Pit," during which they announced their attack campaign against Konnech, falsely and maliciously claiming that Konnech maintains U.S. poll worker data on servers located in Wuhan, China, and falsely and maliciously claiming that Konnech is otherwise being used to enable the Chinese Communist Party to breach U.S. elections.

5. On August 13, 2022, and on multiple different occasions since then, Defendants claim that they and/or those acting in concert with them have directly or indirectly gained access to Konnech's protected computers and obtained, used and/or disclosed data allegedly contained on those protected computers including, according to Defendants, the personal identifying and banking information of 1.8 million U.S. poll workers. Konnech has never authorized Defendants, nor anyone acting in concert with them, to access Konnech's protected computers or to obtain, use, and/or disclose any data contained on those protected computers. Defendants have threatened to imminently publicly disclose all of the data that they allegedly obtained from Konnech's protected computers.

6. Konnech has thus spent over $5,000 within a one-year period in connection with Defendants' unauthorized access of Konnech's protected computers, because Konnech has been required to investigate, assess, and respond to Defendants' alleged attacks on Konnech's protected computers, and to assess the damage, if any, caused to Konnech's protected computers by Defendants' alleged unauthorized access of same.

7. Unless Defendants and anyone acting in concert with Defendants are immediately enjoined from accessing Konnech's protected computers and obtaining, using and/or disclosing any data contained on those protected computers, Konnech will be irreparably harmed by:

    a. the unauthorized access to Konnech's protected computers;

    b. the unauthorized use and/or disclosure of data from Konnech's protected computers;

    c. interference with Konnech's control of its protected computers;

    d. Breach of security of Konnech's protected computers;

    e.    disclosure of confidential information contained on Konnech's protected computers; and

    f.    loss of confidence and trust of Konnech's customers, loss of goodwill, and loss of business reputation.

8. Attached hereto as **Exhibit A-1** is a true and correct copy of a video entitled "Prophets and Patriots – Episode 20 with Gregg Phillips and Steve Shultz" published by Elijah Streams on Rumble on August 23, 2022. In the podcast, Defendant Gregg Phillips sits for an interview for approximately one hour and four minutes. The video can be found here https://rumble.com/v1h1pj9-rumble-only-prophets-and-patriots-episode-20-with-gregg-phillips-and-steve-.html and a flash drive with a copy of the recording will be filed with the Court contemporaneously with the filing of Konnech's Motion for Temporary Restraining Order and Preliminary Injunction ("Motion") and this Affidavit of Eugene Yu ("Affidavit").

9. Attached hereto as **Exhibit A-2** is a true and correct copy of a video entitled "Here's How They'll Try to Steal the Midterms – Gregg Phillips Interview with Seth Holehouse (AKA ManInAmerica) August 30, 2022" published by Man In America on Rumble on August 30, 2022. In the video, Defendant Gregg Phillips sits for an interview for approximately one hour and fifteen minutes. The video can be found here https://rumble.com/v1hz1jr-heres-how-theyll-try-to-steal-the-midterms-gregg-phillips-interview.html and a flash drive with a copy of the recording will be filed with the Court contemporaneously with the filing of the Motion and Affidavit.

10. Attached hereto as **Exhibit A-3** is a true and correct copy of a video entitled "Episode 6: Gamechanger" published by Patriot Games on Rumble on September 2, 2022. In the video Defendants Gregg Phillips and Catherine Engelbrecht speak for approximately forty-six minutes. The video can be found here https://rumble.com/v1idjwj-episode-6-gamechanger.html and a flash drive with a copy of the recording will be filed with the Court contemporaneously with the filing of the Motion and Affidavit.

11. Attached hereto as **Exhibit A-4** is a true and correct copy of an August 13, 2022 Truth Social post by an individual named Taylor Phillips, and "ReTruthed" by Defendant Gregg Phillips.

12. I submit this affidavit in support of Konnech's application for a temporary restraining order and preliminary injunction.

13. No previous application for the relief requested herein has heretofore been made to this or any other Court.

_____
EUGENE YU

SUBSCRIBED AND SWORN before me on this the 12th day of September 2022.

_____
Notary Public in and for The
State of Michigan

My commission expires:

December 6, 2024

TINA L BUCK
NOTARY PUBLIC, STATE OF MI
COUNTY OF SHIAWASSEE
MY COMMISSION EXPIRES Dec 6, 2024
ACTING IN COUNTY OF Ingham

4

# EXHIBIT A-1

# Filed in Native Format

# EXHIBIT A-2

# Filed in Native Format

# EXHIBIT A-3

# Filed in Native Format

# EXHIBIT A-4



**Taylor Phillips** ✓
@tay_phill · Aug 13

⟲ **Gregg Phillips** ReTruthed

The part of #thepit you missed...

#TigerProject 30k ft view....

-Gregg and Catherine, gc, stumble onto voting software used to coordinate elections was left with default password on database.
-GC research team discovered sensitive info on election workers etc on server (bank account info, kids names, ssn etc)
-gc take to fbi
-server lives in China on backbone
-feds label as national security risk and investigate
-feds turn on gc
-feds now sit on active & ongoing china nat security breach

💬 199   ⟲ 2.99k   ♡ 4.33k   ⬆   ···