| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

Konnech Inc

v.

True the Vote, et al

CASE NUMBER  4:22cv3096

United States Courts
Southern District of Texas
F I L E D

SEP 1 2 2022

Nathan Ochsner, Clerk of Court

Flash Drive exh A-1, A-2 and A-3

**DOCUMENT IS:**

☐ LOOSE IN FILE

☐ IN VAULT SEALED

☑ IN BROWN EXPANDABLE FOLDER

INSTRUMENT #_____

# KASOWITZ BENSON TORRES LLP

**DEAN PAMPHILIS**
DIRECT DIAL: (713) 220-8852
DIRECT FAX: (713) 583-6006
DPAMPHILIS@KASOWITZ.COM

1415 LOUISIANA STREET, SUITE 2100
HOUSTON, TEXAS 77002
(713) 220-8800
FAX: (713) 222-0843

ATLANTA
LOS ANGELES
MIAMI
NEW YORK
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

United States Courts
Southern District of Texas
FILED
SEP 1 2 2022
Nathan Ochsner, Clerk of Court

September 12, 2022

**VIA COURIER**
Nathan Ochsner
Clerk of Court
United States District Court
Southern District of Texas
Houston Division
Bob Casey United States Courthouse
515 Rusk Avenue
Houston, Texas 77002

Re: *Konnech, Inc. v. True The Vote, Gregg Phillips, and Catherine Engelbrecht*, Civil Action No. 4:22-CV-03096; In The United States District Court For The Southern District Of Texas, Houston, Texas
**Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction and Brief in Support**

Dear Mr. Ochsner:

Enclosed please find a flash drive containing video Exhibits A-1, A-2 and A-3 in support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction and Brief in Support and attached to Exhibit A, Affidavit of Eugene Yu, Documents 5 and 5-1, respectively, that were filed this morning. Please file these Exhibits with the Court, as they could not be filed electronically through the Texas e-File system.

The password for the flash drive is

Should you have any questions or concerns, please do not hesitate to contact me.

Regards,

*/s/ Dean Z. Pamphilis*
Constantine Z. Pamphilis