United States District Court
Southern District of Texas
**ENTERED**
September 12, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KONNECH INC., § § § § § § § § § | |
| Plaintiff, | |
| VS. | CIVIL ACTION NO. 4:22-CV-03096 |
| TRUE THE VOTE INC., *et al.*, | |
| Defendants. | |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE**
**HELD ON September 12, 2022 at 3:00 PM**

Appearances:   Constantine Pamphilis

Nathan Richardson

(Court Reporter: D. Smith)

The following rulings were made:

Pursuant to phone conference conducted this day, the Court determines that a Temporary Restraining Order should issue in this case, pursuant to Title 18 U.S.C. §1030, Texas Civ. Prac. & Rem. Code § 143.002 and F.R.C.P., Rule 65(b)(1)(A) and (B). An appropriate order shall issue.

It is so ORDERED.

SIGNED on September 12, 2022, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge