IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KONNECH, INC., § | |
| § | |
| PLAINTIFF, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:22-CV-03096 |
| § | |
| TRUE THE VOTE, INC., GREGG § | |
| PHILLIPS, and CATHERINE § | |
| ENGELBRECHT, § | |
| § | |
| DEFENDANTS. § | |

**ORDER DIRECTING DEFENDANTS TO APPEAR AND SHOW CAUSE WHY THEY SHOULD NOT BE HELD IN CONTEMPT**

Came on for consideration Plaintiff Konnech, Inc.'s Motion to Show Cause and For Contempt Against Defendants of the September 12, 2022 Temporary Restraining Order ("TRO") (hereinafter "Contempt Motion"). There is good cause to grant the initial relief set forth below. It is therefore:

ORDERED that on _____, 2022, at ____.m, that Defendants and their Counsel appear at The United States Court House, Courtroom No. 11A, 515 Rusk, 11th Floor, Room 11-144, and the Court shall conduct a hearing on the Contempt Motion (the "Contempt Hearing"); it is further

ORDERED that Defendants and their counsel shall (i) appear at the above-described Contempt Hearing; (ii) show why he/she/it should not be (a) held in contempt of the TRO, (b) ordered to pay the attorneys' fees and costs that Konnech incurred bringing and prosecuting the Contempt Motion, and (c) be ordered to pay additional sanctions; and (iii) that the Clerk of the

Court immediately make public on the Court's electronic filing system a fully unredacted copy of the September 15, 2022 *ex parte* letter to the Court (Doc. 15).

SIGNED this ___ day of _____, 2022, at ____.m.

_____
UNITED STATES DISTRICT JUDGE