**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **KONNECH, INC.,** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:22-CV-03096** |
| | § | |
| **TRUE THE VOTE, INC., GREGG** | § | |
| **PHILLIPS, and CATHERINE** | § | |
| **ENGELBRECHT,** | § | |
| | § | |
| **DEFENDANTS.** | § | |

**ORDER GRANTING PLAINTIFF KONNECH, INC.'S MOTION FOR EMERGENCY**
**CONSIDERATION – WITHOUT A HEARING – OF PLAINTIFF'S MOTION TO**
**SHOW CAUSE AND FOR CONTEMPT AGAINST DEFENDANTS**

Came on for consideration the Motion for Emergency Consideration – Without a Hearing – of Plaintiff's Motion to Show Cause and For Contempt Against Defendants.  There is good cause to grant the initial relief set forth below.  It is therefore:

ORDERED that the motion is granted and that the Court shall consider Plaintiff Konnech, Inc.'s Motion to Show Cause and for Contempt Against Defendants on _____, 2022.

SIGNED this ___ day of _____, 2022, at ____.m.


_____
UNITED STATES DISTRICT JUDGE