IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KONNECH, INC., | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-CV-03096 |
| | § | |
| TRUE THE VOTE, INC., GREGG PHILLIPS, and CATHERINE ENGELBRECHT, | § § § | |
| | § | |
| DEFENDANTS. | § | |

**STIPULATION TO EXTEND TEMPORARY RESTRAINING ORDER AND RESET PRELIMINARY INJUNCTION HEARING**

**WHEREAS**, on September 12, 2022, Plaintiff Konnech, Inc. ("Konnech") filed a Motion for Temporary Restraining Order and Preliminary Injunction and Brief in Support ("Motion").

**WHEREAS**, on September 12, 2022, the Court issued a Temporary Restraining Order ("TRO") against Defendants True the Vote, Inc., Gregg Phillips, and Catherine Engelbrecht ("Defendants" and, collectively with Konnech, the "Parties").

**WHEREAS**, the TRO is set to expire on September 26, 2022, and a preliminary injunction hearing is set for September 26, 2022 at 11:30 AM.

**WHEREAS**, due to Defendants' unavailability and ongoing discussions between the Parties concerning an agreed preliminary injunction, the Parties agree and wish to reset the hearing on Konnech's preliminary injunction for a date after October 5, 2022 when Defendants have represented they will be available for the hearing.

**WHEREAS**, due to ongoing discussions between the Parties concerning an agreed preliminary injunction, the Parties agree and wish to extend the TRO until such time after the

Parties enter an agreed preliminary injunction or until such time after the Court has ruled on Konnech's Motion for a preliminary injunction in this action.

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned, and subject to approval of the Court, that: 1) the preliminary injunction hearing in the above-captioned action which is currently set for September 26, 2022, be reset for a date after October 5, 2022; and 2) the expiration date of the TRO be extended until the earlier of the date when the Parties enter an agreed preliminary injunction that is signed by the Court or until such time after the Court has ruled on Konnech's Motion for preliminary injunction in this action.

Agreed to and accepted:

_____
Constantine Z. Pamphilis
*Counsel for Plaintiff Konnech, Inc.*

Agreed to and accepted:

_____
Brock Akers
*Counsel for Defendants True the Vote, Inc.,
Gregg Phillips, and Catherine Engelbrecht*