IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KONNECH, INC., | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-CV-03096 |
| | § | |
| TRUE THE VOTE, INC., GREGG PHILLIPS, and CATHERINE ENGELBRECHT, | § § § | |
| | § | |
| DEFENDANTS. | § | |

**ORDER ON STIPULATION TO EXTEND TEMPORARY RESTRAINING ORDER
AND RESET PRELIMINARY INJUNCTION HEARING**

**IT IS HEREBY ORDERED**, that the preliminary injunction hearing in the above-captioned action which is currently set for September 26, 2022, is reset to _____, 2022 at _____ a.m./p.m.; it is further

**ORDERED** that the expiration date of the TRO is hereby extended until the earlier of the date when: (a) the Parties enter an agreed preliminary injunction that is signed by the Court; or (b) the Court has ruled on Konnech's Motion for preliminary injunction.

SO ORDERED this \_\_\_ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE