United States District Court
Southern District of Texas
**ENTERED**
September 26, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KONNECH INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:22-CV-03096 |
| § | |
| TRUE THE VOTE INC., *et al.*, § | |
| § | |
| Defendants. § | |

**ORDER ON STIPULATION TO EXTEND TEMPORARY RESTRAINING ORDER
AND RESET PRELIMINARY INJUNCTION HEARING**

**IT IS HEREBY ORDERED**, that the preliminary injunction hearing in the above-captioned action which is currently set for September 26, 2022, is reset to October 6, 2022 at 11:00 a.m.; it is further

**ORDERED** that the expiration date of the TRO is hereby extended until the earlier of the date when: (a) the Parties enter an agreed preliminary injunction that is signed by the Court; or (b) the Court has ruled on Konnech's Motion for preliminary injunction.

SIGNED on September 26, 2022, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge

1 / 1