# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **KONNECH, INC.,** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-CV-03096 |
| | § | |
| **TRUE THE VOTE, INC., GREGG PHILLIPS, and CATHERINE ENGELBRECHT,** | § § § | |
| | § | |
| **DEFENDANTS.** | § | |

## PLAINTIFF KONNECH, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Plaintiff Konnech, Inc. hereby files this disclosure statement pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Order (Doc. 10) and certifies the following:

Konnech, Inc. is not owned by any parent corporation and no publicly held corporation owns 10% or more of its stock.

The persons, firms, partnerships, corporations, affiliates, and other entities that are financially interested in the outcome of this litigation are as follows:

- Plaintiff Konnech, Inc.;
- Defendant True the Vote, Inc.;
- Defendant Gregg Phillips; and
- Defendant Catherine Engelbrecht.

KASOWITZ BENSON TORRES LLP

By:   */s/ Constantine Z. Pamphilis*
      Constantine Z. Pamphilis
      Attorney in Charge

>Texas State Bar No. 00794419
>SDTX Bar No. 19378
>DPamphilis@kasowitz.com
>Nathan W. Richardson
>Texas State Bar No. 24094914
>SDTX Bar No. 24094914
>NRichardson@kasowitz.com
>1415 Louisiana Street, Suite 2100
>Houston, Texas 77002
>(713) 220-8800
>(713) 222-0843 (fax)
>
>*Attorneys for Plaintiff Konnech, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of September, 2022, the foregoing instrument was filed and served on all parties of record using the CM/ECF system.

>/s/ *Nathan W. Richardson*
>Nathan W. Richardson