IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KONNECH, INC.,<br><br>            Plaintiff<br><br>vs.<br><br>TRUE THE VOTE, INC.,<br>GREGG PHILLIPS, and<br>CATHERINE ENGELBRECHT<br><br>            Defendants. | Case No. 4:22-cv-03096 |

**NOTICE OF APPEARANCE OF J. MARK BREWER
AS CO-COUNSEL TO DEFENDANTS**

The undersigned enters an appearance as Co-Attorney-in-Charge for Defendants True the Vote, Inc., Gregg Phillips, and Catherine Engelbrecht (collectively "Defendants"), is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of Defendants in his Individual and Official Capacity, and requests CM/ECF notification for filings in the case.

J. Mark Brewer
State Bar No. 02965010
SDTX 9909
Brewer@bplaw.com
Brewer & Pritchard, P.C.
Telephone: (713) 209-2910

Respectfully submitted,

/s/ J. Mark Brewer
J. Mark Brewer
State Bar No. 02965010
SDTX 9909
BREWER & PRITCHARD, P.C.
800 Bering Dr., Suite 201
Houston, Texas 77057
Telephone: (713) 209-2910
Brewer@bplaw.com
**Attorney for Defendants**
**True the Vote, Inc., Gregg Phillips, and**
**Catherine Engelbrecht**

CO-COUNSEL:

Brock C. Akers
SDTX No. 2046
State Bar No. 00953250
THE AKERS FIRM, PLLC
3401 Allen Parkway, Suite 101
Houston, Texas 77019
Telephone: 713-877-2500
Facsimile: 713-583-8662
bca@akersfirm.com

## CERTIFICATE OF SERVICE

I certify that on October 5, 2022, a true and correct copy of this document was properly served on counsel of record via electronic filing in accordance with the USDC, Southern District of Texas Procedures for electronic filing.

/s/ J. Mark Brewer
J. Mark Brewer