IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KONNECH, INC., | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 4:22-cv-03096 |
| TRUE THE VOTE, INC., *et al.*, | § | |
| Defendants. | § | |

# **ORDER**

The matter came before the Court on Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (#5), and the Defendants' Opposition (filed 10/5/22) thereto, and Plaintiff's Motion to Show Cause and Contempt (#16) and the Defendants' Response thereto (#19), and argument of counsel heard today, it is, this day ___ of October, 2022 by the Court, ORDERED that:

1. The Temporary Restraining Order entered *ex parte* by the Court on September 12, 2022, and extended on September 26, 2022, is hereby vacated;

2. Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction is hereby denied; and

3. Plaintiff's Motion to Show Cause and Contempt is hereby denied.

 

_____
KENNETH M. HOYT
U.S. District Court Judge