IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KONNECH, INC., | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-CV-03096 |
| | § | |
| TRUE THE VOTE, INC., GREGG PHILLIPS, and CATHERINE ENGELBRECHT, | § § § | |
| | § | |
| DEFENDANTS. | § | |

# ORDER

Came on for consideration Plaintiff Konnech, Inc.'s ("Konnech") Motion to Show Cause and For Contempt Against Defendants of the September 12, 2022 Temporary Restraining Order ("TRO"). At an in-person hearing on October 6, 2022, the Court again ordered Defendants to disclose to Konnech the identity of the individual that Defendants True the Vote, Inc., Gregg Phillips, and Catherine Engelbrecht ("Defendants") claim was involved in accessing Konnech's protected computers[1] as required by subsection v of the TRO. At that hearing, however, Defendants' counsel read into the record the name of a *single person* in response to subsection v of the TRO, but did not otherwise identify any organization that individual is involved with as required by the TRO, nor did Defendants state or identify whether any other persons or organizations were involved in accessing Konnech's protected computers despite their previous public statements referring to the involvement of multiple persons. Having considered the parties' briefing and the argument of counsel, the Court finds that Defendants remain in Contempt of subsections v, vi, and vii of the TRO. It is therefore:

---

[1] As used herein, the term "protected computers" shall have the same meaning as set forth in 18 U.S.C. § 1030.

2

ORDERED that Defendants shall immediately comply with subsections v, vi, and vii of the TRO; it is further,

ORDERED that Defendants shall pay Konnech's reasonable and necessary attorneys' fees and expenses which were incurred in seeking Defendants' compliance with the TRO; it is further,

ORDERED that within 7 days of this Order, Konnech shall file any evidence concerning its attorneys' fees and expenses incurred in seeking Defendants' compliance with the TRO, and Defendants shall file any countervailing evidence within 7 days after Konnech's filing. The Court shall then issue a separate order on the amount of reasonable and necessary attorneys' fees, expenses and costs that should be awarded to Konnech for seeking Defendants' compliance with the TRO; it is further

ORDERED that Defendants shall pay to Konnech within 7 days of this Order additional sanctions in the amount of $_____ as a result of Defendants' contempt of the TRO.

SIGNED this ___ day of _____, 2022, at ____.m.

_____
UNITED STATES DISTRICT JUDGE