IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KONNECH, INC., | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-CV-03096 |
| | § | |
| TRUE THE VOTE, INC., GREGG PHILLIPS, and CATHERINE ENGELBRECHT, | § § § | |
| | § | |
| DEFENDANTS. | § | |

## ORDER

Came on for consideration Plaintiff Konnech, Inc.'s ("Konnech") Motion for Leave to Amend its Complaint to add Mike Hasson as a defendant ("Motion"). Having considered the parties' briefing and argument of counsel, if any, the Court finds that the Motion should be GRANTED. It is therefore:

ORDERED that Konnech, Inc. is granted leave to add Mike Hasson as a defendant to this action and to file its First Amended Complaint in the form attached as Exhibit A to its Motion.

SIGNED this ___ day of _____, 2022, at ____.m.

_____
UNITED STATES DISTRICT JUDGE