# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **KONNECH, INC.** § | | |
| § | | |
| **Plaintiff,** § | | |
| § | | |
| v. § | **CIVIL ACTION NO. 4:22-CV-03096** | |
| § | | |
| **TRUE THE VOTE, INC., GREGG** § | | |
| **PHILLIPS AND CATHERINE** § | | |
| **ENGELBRECHT,** § | | |
| **Defendants** § | | |

## ORDER

Upon motion of Defendants and for good cause shown, it is hereby

ORDERED that this case is and shall be held in abeyance until no earlier than October 19, 2022, and that no decision shall issue as to:

The Temporary Restraining Order,

The Motion for Preliminary Injunction, or

The Motion for Order to Show Cause

before such time.

Date: _____       _____
                                                                 HON. Kenneth M. Hoyt
                                                                  United States District Judge