UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22cv3096 |
|---|---|---|---|

Konnech, Inc.

*versus*

True the Vote, et al.

| | |
|---|---|
| Lawyer's Name | John C. Kiyonaga |
| Firm | Law Office of John C. Kiyonaga |
| Street | 600 Cameron Street |
| City & Zip Code | Alexandria, Virginia 22314 |
| Telephone & Email | (703) 739-0009, john@johnckiyonaga.com |
| Licensed: State & Number | Virginia, 30982 |
| Federal Bar & Number | Eastern District of Virginia, 30982 |

| Name of party applicant seeks to appear for: | Gregg Phillips |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __X__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/14/2022 | Signed: [signature] |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature  NB SEE ATTACHED CERTIFICATE |
|---|---|

**Order**     This lawyer is admitted *pro hac vice*.

Dated: _____     _____
                                                                United States District Judge

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **JOHN CADY KIYONAGA** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING.  **MR. KIYONAGA** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **FEBRUARY 26, 1990,** AFTER ADMISSION ON MOTION THROUGH THE SUPREME COURT OF VIRGINIA.

Issued October 12, 2022

*DaVida M. Davis*
**Director of Regulatory Compliance**