IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KONNECH, INC., <br><br> Plaintiff <br><br> vs. <br><br> TRUE THE VOTE, INC., <br> GREGG PHILLIPS, and <br> CATHERINE ENGELBRECHT <br><br> Defendants. | Case No. 4:22-cv-03096 |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS**

J. Mark Brewer, Brewer & Pritchard, P.C., respectfully moves the Court for leave to immediately withdraw as counsel for all Defendants, True the Vote, Inc., Mr. Gregg Phillips and Ms. Catherine Engelbrecht.

This motion is not made for purposes of delay but in the interests of justice and as required by Rule 1.06(b) of the Texas Disciplinary Rules of Professional Conduct.

**CERTIFICATE OF CONFERENCE AND NON-OPPOSITION**

Shortly after receiving this Court's October 17, 2022 Order [Dkt 33], I communicated with my clients regarding my intent to immediately withdraw based on my belief that an actual conflict of interest now exists. On October 19, 2022 at 9:05 a.m., I spoke via telephone with Mr. Dean Pamphilis, counsel for Plaintiff, who stated he was not opposed to this motion to withdraw.

Respectfully submitted,

*/s/ J. Mark Brewer*
J. Mark Brewer
State Bar No. 02965010
SDTX 9909
BREWER & PRITCHARD, P.C.
800 Bering Dr., Suite 201
Houston, Texas 77057
Telephone: (713) 209-2910
Brewer@bplaw.com

## CERTIFICATE OF SERVICE

I certify that on October 19, 2022, a true and correct copy of this document will be served on all Defendants via email, and on all counsel of record via PACER electronic filing in accordance with the USDC, Southern District of Texas Procedures for electronic filing.

*/s/ J. Mark Brewer*
J. Mark Brewer