IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KONNECH, INC., <br><br> Plaintiff <br> vs. <br> TRUE THE VOTE, INC., <br> GREGG PHILLIPS, and <br> CATHERINE ENGELBRECHT <br><br> Defendants. | Case No. 4:22-cv-03096 |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW
## AS COUNSEL FOR DEFENDANTS

Before the Court is the Unopposed Motion to Withdraw as Counsel for Defendants filed by J. Mark Brewer and Brewer & Pritchard, P.C.

The Motion is hereby GRANTED.

J. Mark Brewer and Brewer & Pritchard, P.C. are hereby withdrawn as counsel for all Defendants, True the Vote, Inc., Mr. Gregg Phillips and Ms. Catherine Engelbrecht, in the above-captioned case, effective October 19, 2022.

SIGNED on _____

_____
U.S. District Judge Kenneth M. Hoyt