United States District Court
Southern District of Texas
**ENTERED**
October 19, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22cv3096 |
|---|---|---|---|

| Konnech, Inc. |
|---|
| *versus* |
| True the Vote, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | John C. Kiyonaga<br>Law Office of John C. Kiyonaga<br>600 Cameron Street<br>Alexandria, Virginia 22314<br>(703) 739-0009, john@johnckiyonaga.com<br>Virginia, 30982<br>Eastern District of Virginia, 30982 |
|---|---|

| Name of party applicant seeks to appear for: | Gregg Phillips |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes ____   No  X

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/14/2022 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 10/19/2022    Clerk's signature *[signature]* |

**Order**

Dated: October 19, 2022

This lawyer is admitted *pro hac vice.*

_____
United States District Judge