UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KONNECH, INC., | § § § | |
| Plaintiff, | § § | Civil Action No. 4:22-cv-03096 |
| v. | § § § | |
| TRUE THE VOTE, INC., *et al.,* | § § § | |
| Defendants. | § | |

## **NOTICE FOR ENTRY OF APPEARANCE AS COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW MICHAEL J. WYNNE and hereby wishes to enter his appearance as co-counsel for all purposes for DEFENDANTS True the Vote, Inc., Gregg Phillips, and Catherine Engelbrecht, in the above-styled and numbered cause.

DATED and FILED: October 20, 2022

Respectfully submitted,

GREGOR | WYNNE | ARNEY, PLLC

By: */s/ Michael J. Wynne*
Michael J. Wynne
Attorney at Law
Texas State Bar No. 00785289
SDTX No.  0018569
909 Fannin Street, Suite 3800
Houston, TX 77010
Telephone: (281) 450-7403
mwynne@gwafirm.com

**ATTORNEYS FOR DEFENDANTS TRUE THE VOTE, INC., GREGG PHILLIPS, AND CATHERINE ENGELBRECHT**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was served upon counsel of record on this 20th day of October, 2022.

By: */s/ Michael J. Wynne*
Michael J. Wynne