United States District Court
Southern District of Texas
**ENTERED**
October 24, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KONNECH INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-03096 |
| | § | |
| TRUE THE VOTE INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW
AS COUNSEL FOR DEFENDANTS**

Before the Court is the unopposed motion to withdraw as counsel for defendants filed by J. Mark Brewer and Brewer & Pritchard, P.C. (Dkt. No. 34). The motion is hereby GRANTED.

It is ORDERED that J. Mark Brewer and Brewer & Pritchard, P.C. are hereby withdrawn as counsel for all defendants, True the Vote, Inc., Mr. Gregg Phillips and Ms. Catherine Engelbrecht, in the above-captioned case, effective October 24, 2022.

SIGNED on October 24, 2022, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge