UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
Houston Division

KONNECH, INC.,
    Plaintiff,

v.                                        Civ. No. 4:22cv3096
                                        Hon. Kenneth M. Hoyt

TRUE THE VOTE, *et al.*
    Defendants.

## NOTICE OF APPEARANCE

Please note the appearance of undersigned as counsel for Defendants True the Vote and Catherine Engelbrecht.

Respectfully submitted,

_____/s/_____
John C. Kiyonaga

Law Office of John C. Kiyonaga
600 Cameron Street
Alexandria, Virginia 22314
Tel: (703) 739-0009
Fax: (703) 342-1640
john@johnckiyonaga.com

Counsel for Defendants
TRUE THE VOTE
CATHERINE ENGELBRECHT
GREGG PHILLIPS

Certificate of Service

I hereby certify that the foregoing was filed with the Court electronically this Oct.25, 2022, with consequent service on counsel for all parties.

\_\_\_\_/s/_____
John C. Kiyonaga, Esq.