United States District Court
Southern District of Texas
**ENTERED**
October 28, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KONNECH INC., | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § | CIVIL ACTION NO. 4:22-CV-03096 |
| TRUE THE VOTE INC., *et al.*, | | |
| Defendants. | | |

## **ORDER**

The defendants' motion to hold matter in abeyance (Dkt. No. 29) is Denied.

It is so ORDERED.

SIGNED on October 28, 2022, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge