United States District Court
Southern District of Texas
**ENTERED**
October 28, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KONNECH INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-03096 |
| | § | |
| TRUE THE VOTE INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Came on for consideration the plaintiff, Konnech, Inc.'s motion for leave to amend its complaint to add Mike Hasson as a defendant (Dkt. No. 28). Having considered the parties' briefing and argument of counsel, if any, the Court finds that the motion should be GRANTED. It is therefore:

ORDERED that Konnech, Inc. is granted leave to add Mike Hasson as a defendant to this action.

It is FURTHER **ORDERED** that the clerk is directed to file the plaintiffs' First Amended Complaint, attached as Exhibit "A" to their motion for leave, as of the date of this Order.

It is so ORDERED.

SIGNED on October 28, 2022, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge