UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KONNECH, INC., | § § § | |
| Plaintiff, | § § | Civil Action No. 4:22-cv-03096 |
| v. | § § | |
| TRUE THE VOTE, INC., *et al.,* | § § § | |
| Defendants. | § | |

### DEFENDANTS' OPPOSED MOTION TO SEAL

Defendants move this honorable Court to seal Plaintiff's Exhibit 1 to the hearing on October 27, 2022, to safeguard the privacy of the individual depicted in the photograph, because for among other reasons it is not clear the individual depicted is the individual referred to as the third person in the hotel room throughout the course of the hearing.

DATED and FILED: October 28, 2022

Respectfully submitted,

GREGOR | WYNNE | ARNEY, PLLC

By: /s/ *Michael J. Wynne*
Michael J. Wynne
Attorney at Law
Texas State Bar No. 00785289
SDTX No.  0018569
909 Fannin Street, Suite 3800
Houston, TX 77010
Telephone: (281) 450-7403
mwynne@gwafirm.com

**ATTORNEYS FOR DEFENDANTS TRUE THE VOTE, INC., GREGG PHILLIPS, AND CATHERINE ENGELBRECHT**

## CERTIFICATE OF CONFERENCE

I certify that I have tried to confer with counsel for Plaintiff but have not received a response so we must assume Plaintiff is opposed to this motion.

By: */s/ Michael J. Wynne*
Michael J. Wynne

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was served upon counsel of record on this 28th day of October, 2022.

By: */s/ Michael J. Wynne*
Michael J. Wynne