UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KONNECH, INC., | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 4:22-cv-03096 |
| | § | |
| v. | § | |
| | § | |
| TRUE THE VOTE, INC., *et al.,* | § | |
| | § | |
| Defendants. | § | |

**ORDER ON DEFENDANTS' MOTION TO SEAL**

On this day, came to be heard Defendants' Motion to Seal. Having reviewed the motion, the Court is of the opinion that Defendants' motion to seal Plaintiff's Exhibit 1 should be and is GRANTED.

Signed this _____ day of October, 2022.

_____
JUDGE PRESIDING