UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KONNECH, INC., | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 4:22-cv-03096 |
| | § | |
| v. | § | |
| | § | |
| TRUE THE VOTE, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS' SUBMISSION OF EVIDENCE IN FURTHERANCE OF REQUEST TO PURGE FINDING OF CONTEMPT**

Defendants submit the attached exhibits in their request to purge contempt in advance of the hearing set to resume October 31, 2022. To that end, Defendants submit the following:

A. Affidavit of Gregg Phillips;

B. Affidavit of Catherine Engelbrecht with text exchanges with FBI Special Agents;

C. Criminal complaint against Eugene Yu in Los Angeles County, California; and

D. Conditions of Release for Eugene Yu from the state of Michigan.

DATED and FILED: October 28, 2022

Respectfully submitted,

GREGOR | WYNNE | ARNEY, PLLC

By: */s/ Michael J. Wynne*
Michael J. Wynne
Attorney at Law
Texas State Bar No. 00785289
SDTX No.  0018569
909 Fannin Street, Suite 3800
Houston, TX 77010
Telephone: (281) 450-7403
mwynne@gwafirm.com

**ATTORNEYS FOR DEFENDANTS TRUE THE VOTE, INC., GREGG PHILLIPS, AND CATHERINE ENGELBRECHT**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was served upon counsel of record on this 28th day of October, 2022.

By: */s/ Michael J. Wynne*
Michael J. Wynne