# EXHIBIT B

STATE OF TEXAS §
§
HARRIS COUNTY §

## AFFIDAVIT OF CATHERINE ENGELBRECHT

Before me, the undersigned notary, on this day personally appeared Catherine Engelbrecht, whose identity is known to me, who under oath states as follows:

1. "My name is Catherine Engelbrecht. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct;

2. Attached are true and accurate copies of text exchanges between me and special agents of the Federal Bureau of Investigation. I have reviewed each. Each text is an accurate copy of a text communication between me and the other conversant captured on my phone and accurately memorializing the text communication at the time and on the date it took place."

I certify under penalty of perjury that the foregoing is true and correct.

Further Affiant Sayeth Not.

_____
Catherine Engelbrecht

Subscribed to and sworn before me on this 28th day of October, 2022.



_____
Notary Public in and for the state of Texas

HEATHER MARIE MARTINEZ
My Notary ID # 130919933
Expires December 2, 2024



**Bruce Fowler -  FBI Agent Special Agent Detroit, MI Division**








# Huy Nguyễn - FBI Special Agent San Antonio, TX Division








**Kristina - FBI Special Agent San Antonio, TX Division**






