# EXHIBIT D

```
STATE OF MICHIGAN                                   CASE NO:  2201561      D01 EX
55TH JUDICIAL DISTRICT   REGISTER OF ACTIONS
ORI330085J                                          STATUS: CLSD         10/17/22
PIN: 2213304278
                                     JUDGE OF RECORD: ALLEN,DONALD L.,JR.   P-36538
                                            JUDGE:    ALLEN,DONALD L.,JR.   P-36538
STATE OF MICHIGAN v

    YU/EUGENE/WEI                                   CTN: 332200525301
    4591 DUNMORROW DR                               TCN: I522217144A
    OKEMOS            MI 48864                      SID: 6356573W
                                             ENTRY DATE: 10/04/22
                                           OFFENSE DATE: 10/04/22
                                            ARREST DATE:
                                 VEHICLE TYPE:          VPN:
DOB: ##########  SEX: M  RACE: A DLN: ############### CDL:
VEH YR:           VEH MAKE:      VIN:                   PAPER PLATE:
DEFENSE ATTORNEY ADDRESS                  BAR NO.
KRIGER,MARK J.,                           P-30298
645 GRISWOLD ST                           Telephone No.
STE 1717
DETROIT          MI 48226                 (313) 967-0100
OFFICER: ROGERS/JEFFREY                   DEPT: INGHAM COUNTY SHERIFF'S D

PROSECUTOR: SIEMON,CAROL A.,
VICTIM/DESC: ROGERS/DEPUTY/JEFFREY        P-32946


CNT: 01 C/M/F: M  78012M                  PACC#780.12
MISDEMEANOR FUGITIVE FROM JUSTICE
ARRAIGNMENT DATE: 10/05/22    PLEA:    PLEA N-GLTY    PLEA DATE: 10/05/22
FINDINGS: NOLLE PROSEQ   DISPOSITION DATE: 10/17/22
SENTENCING DATE:
     FINE      COST ST.COST   CON     MISC.   REST    TOT FINE    TOT DUE
     0.00   10000.00  0.00   0.00     0.00    0.00   10000.00       0.00
         JAIL SENTENCE:            PROBATION:
    VEH IMMOB START DATE:          NUMBER OF DAYS:       VEH FORFEITURE:

BOND HISTORY:
RCPT DT     NO.      ACTION     TYPE        CHECK         AMOUNT   STAT   CLRK
10/06/22 D113301   10/06/22  10% DEPOSIT               100,000.00  CLSD   TLS
                             3RD PTY DEPOSITOR: WANG/DONNA
                   10/18/22  BOND COSTS    101822       10,000.00         TLS
                   10/18/22  BND REFUNDED  013543       90,000.00         TLS

DATE                 ACTIONS, JUDGMENTS, CASE NOTES                   INITIALS

10/04/22
    NAME/DLN/DOB OVERRIDE                                                EGB
    FILING DATE              100422                                      EGB
 1  ORIGINAL CHARGE           FUGITIVE-M                                 EGB
    AUTHORIZATION OF COMPLAINT DATE                                      EGB
    PROS SIEMON,CAROL A.,                                      P-32946   EGB
    COMPLAINT ISSUANCE DATE                                              EGB
    MAG  GODSEY,STEFANI C.,                                    P-55940   EGB
    SOS CHCKED                                                           EGB
    MISCELLANEOUS ACTION     FUGITIVE-M                                  EGB
    SCHEDULED FOR PRE-TRIAL  102522  130P  ALLEN,DONALD L.,JR. P-36538   EGB
 1  NOTICE TO APPEAR GENERATED
```

NAME: YU/EUGENE/WEI           CASE NO: 2201561     PAGE  2

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|---|---|---|
| | FUGITIVE-M | |
| | SID ADDED | EGB |
| | TCN ADDED | EGB |
| 10/05/22 | | EGB |
| | MISCELLANEOUS ACTION    ALL COUNTS | |
| | ATT  KRIGER,MARK J.,                          P-30298 | REH |
| | DEFENDANT REPRESENTED BY RETAINED COUNSEL AT ARRAIGNMENT | REH |
| | APPEARANCE FILED BY ATTY MARK KRIGER | REH |
| | ARRAIGNMENT HELD     ALL COUNTS | REH |
| | MAG  GODSEY,STEFANI C.,                       P-55940 | EGB |
| | PLEAD NOT GUILTY | EGB |
| | DEFENDANT REPRESENTED BY RETAINED COUNSEL AT ARRAIGNMENT | EGB |
| | FIRST APPEARANCE PROGRAM - FELONY APPOINTMENT (LIMITED) | EGB |
| | JAIL/ZOOM ARR HELD - RET'D ATTY PRESENT | EGB |
| | NO BOND PENDING EXTRADITION HEARING | EGB |
| | NOTICE TO APPEAR GENERATED | EGB |
| | ALL COUNTS | |
| | PRETRIAL RELEASE ORDER GENERATED | EGB |
| | ALL COUNTS | |
| | IT IS ORDERED: | EGB |
| | 4. The defendant shall comply with the | EGB |
| | following terms and conditions that are | EGB |
| | checked: | EGB |
| | a. Personally appear for any examination, | EGB |
| | arraignment, trial, sentencing, or at any | EGB |
| | time and place as directed by this court | EGB |
| | if represented by an attorney in this | EGB |
| | case, any notice to appear may be given | EGB |
| | to the defendant's attorney instead of the | EGB |
| | defendant. | EGB |
| | b. Abide by any judgment entered in this | EGB |
| | case and surrender to serve any sentence | EGB |
| | imposed. | EGB |
| | c. Do not leave the State of Michigan | EGB |
| | without the permission of this court. | EGB |
| | d. Do not commit any crime while released. | EGB |
| | e. Immediately notify this court, in | EGB |
| | writing, of any change of address or | EGB |
| | telephone number. | EGB |
| | u. Other: | EGB |
| | NO BOND PENDING EXTRADITION HEARING | EGB |
| | 5. The sheriff | EGB |
| | shall hold the defendant named above in its | EGB |
| | care and custody until bond is posted and | EGB |
| | the terms and conditions specified in item | EGB |
| | 4 are acknowledged.  The defendant shall | EGB |
| | be brought to all court appearances while | EGB |
| | in custody or as otherwise ordered. | EGB |
| | NOTICE TO APPEAR GENERATED | EGB |
| | ALL COUNTS | |
| | MISCELLANEOUS ACTION    ALL COUNTS | EGB |
| | SCHEDULED FOR MOTION HEARING | BBP |
| | 100622 1115A  ALLEN,DONALD L.,JR. P-36538 | BBP |

NAME: YU/EUGENE/WEI                    CASE NO: 2201561        PAGE  3

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | | INITIALS |
|---|---|---|---|
| | MOTION TO AMEND BOND | | BBP |
| 10/06/22 | | | |
| | HEARING ON MOTION HELD    ALL COUNTS | | BBP |
| | JDG  ALLEN,DONALD L.,JR. | P-36538 | BBP |
| | 10% DEPOSIT | | BBP |
| | BOND SET | $1000000.00 | BBP |
| | DEFT MUST BE PLACED ON GPS TETHER PRIOR TO | | BBP |
| | RELEASE, SURRENDER ALL PASSPORTS, AND SELF- | | BBP |
| | SURRENDER TO AUTHORITIES IN CALIFORNIA NO | | BBP |
| | LATER THAN 10/14/22 | | BBP |
| | PRETRIAL RELEASE ORDER GENERATED | | BBP |
| | ALL COUNTS | | |
| | IT IS ORDERED: | | BBP |
| | 4. The defendant shall comply with the | | BBP |
| | following terms and conditions that are | | BBP |
| | checked: | | BBP |
| | a. Personally appear for any examination, | | BBP |
| | arraignment, trial, sentencing, or at any | | BBP |
| | time and place as directed by this court | | BBP |
| | if represented by an attorney in this | | BBP |
| | case, any notice to appear may be given | | BBP |
| | to the defendant's attorney instead of the | | BBP |
| | defendant. | | BBP |
| | b. Abide by any judgment entered in this | | BBP |
| | case and surrender to serve any sentence | | BBP |
| | imposed. | | BBP |
| | c. Do not leave the State of Michigan | | BBP |
| | without the permission of this court. | | BBP |
| | d. Do not commit any crime while released. | | BBP |
| | e. Immediately notify this court, in | | BBP |
| | writing, of any change of address or | | BBP |
| | telephone number. | | BBP |
| | u. Other: | | BBP |
| | DEFT MUST BE RELEASED ON GPS TETHER AS COND | | BBP |
| | ITION OF NEW | | BBP |
| | BOND - DEFT MUST TURN OVER ALL PASSPORTS AN | | BBP |
| | D MUST SELF-SURRENDER TO | | BBP |
| | AUTHORITIES IN CALIFORNIA NO LATER THAN 10/ | | BBP |
| | 14/22 | | BBP |
| | STIP AND ORDER TO AMEND BOND SIGNED BY | | BBP |
| | JUDGE ALLEN | | BBP |
| 1 | MONETARY TRANSACTION     FUGITIVE-M | | TLS |
| | 10% DEPOSIT | $ 100000.00 | TLS |
| | BOND POSTED | $ 100000.00  D113301 | TLS |
| 1 | CHECK TENDERED           4939 | | TLS |
| 10/17/22 | | | |
| 1 | MISCELLANEOUS ACTION     FUGITIVE-M | | REH |
| | JDG  ALLEN,DONALD L.,JR. | P-36538 | REH |
| | ORDER OF NOLLE PROSEQUI ENTERED | | REH |
| | DISMISSED - NOLLE PROSEQUI | | REH |
| | DEFENDANT HAS SELF-SURRENDERED TO | | REH |
| | CALIFORNIA. EXTRADITION NO LONGER NECESSARY | | REH |
| | FUTURE CALENDAR DATE(S) REMOVED | | REH |

NAME: YU/EUGENE/WEI                    CASE NO: 2201561       PAGE   4

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | | | INITIALS |
|---|---|---|---|---|
| | CASE CLOSED | | | REH |
| | PREV. TCN: 1522217144A | | | REH |
| | MISCELLANEOUS ACTION    ALL COUNTS | | | TLS |
| | SUPPLEMENTAL SENTENCING | $ | 10000.00 | TLS |
| | BOND COSTS | $ | 10000.00 | TLS |
| 1 | MISCELLANEOUS ACTION    FUGITIVE-M | | | REH |
| | DISPOSITION ELECTRONICALLY SUBMITTED TO CHR/MSP | | | REH |
| 10/18/22 | | | | |
| 1 | MONETARY TRANSACTION    FUGITIVE-M | | | TLS |
| | PAYMENT | $ 10000.00 | D113317 | TLS |
| 1 | OTHER PAYMENT TENDERED | | | TLS |
| | MISCELLANEOUS ACTION    ALL COUNTS | | | BBP |
| | ORDER PERMITTING REOVAL OF ELECTRONIC | | | BBP |
| | MONITORING DEVICE SIGNED BY JUDGE ALLEN | | | BBP |

True and Certified Copy

_____ Deputy Clerk
OCT 2 6 2022  Date
55th District Court
Mason, MI 48854



***** END OF REGISTER OF ACTIONS ***** 10/26/22 15:56