# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| KONNECH, INC., | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 4:22-cv-03096 |
| | § | |
| v. | § | |
| | § | |
| TRUE THE VOTE, INC., *et al.,* | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF DESIGNATION OF LEAD COUNSEL FOR DEFENDANTS TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, AND GREGG PHILLIPS

Please take notice that the following attorney will serve as lead counsel and attorney in charge replacing Brock C. Akers in the above numbered and entitled cause:

Michael J. Wynne
Texas State Bar No. 00785289
Southern District of Texas No. 0018569
mwynne@gwafirm.com
909 Fannin Street, Suite 3800
Houston, Texas 77010
Telephone: (281) 450-7403

Mr. Wynne is currently admitted to practice in the Southern District of Texas.

DATED and FILED: October 31, 2022

Respectfully submitted,

GREGOR | WYNNE | ARNEY, PLLC

By: */s/ Michael J. Wynne*
Michael J. Wynne
Attorney at Law
Texas State Bar No. 00785289
SDTX No. 0018569
909 Fannin Street, Suite 3800
Houston, TX 77010
Telephone: (281) 450-7403
mwynne@gwafirm.com

**ATTORNEYS FOR DEFENDANTS TRUE THE VOTE, INC., GREGG PHILLIPS, AND CATHERINE ENGELBRECHT**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was served upon counsel of record on this 31st day of October, 2022.

By: */s/ Michael J. Wynne*
Michael J. Wynne