United States District Court
Southern District of Texas
**ENTERED**
October 31, 2022
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| KONNECH INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-03096 |
| | § | |
| TRUE THE VOTE INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER FOR CONFINEMENT PENDING COMPLIANCE**

The Court having previously found the defendants, Gregg Phillips and Catherine Engelbrecht, in contempt for failure to comply with the Court's *ex parte* temporary restraining order that addresses: (a) unauthorized access by the defendants, their agents, assigns or entities, on the plaintiff's protected computer network; (b) the return of all data belonging to Konnech; (c) the disclosure and/or the identity of all persons, entities who had or have possession, custody, control or access to any information located on Konnech's protected computers; and, (d) to confidentially disclose to Konnech how, when, and by whom Konnech's protected computers were access. The Court finds that, although time to cure and thereby render the holding of contempt moot was provided, the defendants have yet to comply with the Court's order.

Therefore, the defendants Gregg Phillips and Catherine Englebrecht, are ORDERED detained by the U.S. Marshal for one-day and further until they fully comply with the Court's Order as set out in the TRO.  *See* [DEs 8 and 9].

It is so ORDERED.

SIGNED on October 31, 2022, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge