United States District Court
Southern District of Texas
**ENTERED**
October 31, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KONNECH INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-03096 |
| | § | |
| TRUE THE VOTE INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On this day, came to be heard defendants' motion to seal (Dkt. No. 43). Having reviewed the motion, the Court is of the opinion that defendants' motion to seal the plaintiff's Exhibit 1 should be and is DENIED.

SIGNED on October 31, 2022, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge