United States District Court
Southern District of Texas
**ENTERED**
October 31, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KONNECH INC., | § |
| Plaintiff, | § § § |
| VS. | § § CIVIL ACTION NO. 4:22-CV-03096 |
| TRUE THE VOTE INC., *et al.*, | § § § |
| Defendants. | § § |

## ORDER

It is ORDERED that defendants Gregg Phillips and Catherine Engelbrecht, reimburse the United States Marshal Service for in custody civil contempt charges, at a rate of $ 85.61 a day, to be housed at Joe Corley Detention Facility for everyday they are housed, and further, the totals of any such sums be paid in advance of any release.

SIGNED on October 31, 2022, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge