# United States Court of Appeals for the Fifth Circuit

United States District Court
Southern District of Texas
FILED

NOV -7 2022

Nathan Ochsner
Clerk of Court

No. 22-20578

In re Gregg Phillips; Catherine Engelbrecht,

*Petitioners.*

---

Petition for a Writ of Mandamus
to the United States District Court
for the Southern District of Texas
USDC No. 4:22-CV-3096

---

Before Haynes, Engelhardt, and Oldham, *Circuit Judges.*

Per Curiam:

IT IS ORDERED that Petitioners' opposed motion for release from detention is GRANTED pending further order of this court. The district court's orders otherwise remain in effect.

# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

November 06, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-20578   In re: Gregg Phillips
                  USDC No. 4:22-CV-3096

Enclosed is an order entered in this case.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Roeshawn Johnson, Deputy Clerk
                    504-310-7998

Mr. Nathan Ochsner
Mr. Constantine Z. Pamphilis
Mr. Michael Wynne