Kathleen A. Polk
4552 Hwy K68
Wellsville, KS 66092
Kathyapolk@aol.com
(941) 525-3492

October 31, 2022

Cynthia Horace, Case Manager to Judge Kenneth M. Hoyt
U.S. District Clerk
P.O. Box 61010
Houston, TX 77208-1010

Dear Cynthia,

    I am writing to express concerns my family and I have about the recent arrest and continuation of the True the Vote case against Catherine Englebrecht and Greg Phillips. It is our understanding that the person who filed the complaint against them was arrested for the very issue the complainant was denying and filing suit for.

    The matter of our elections and possible foreign interference is most serious. Now that the claims appear to be acknowledged, rather than slanderous in nature, it is most concerning that Judge Hoyt is moving forward in acting on behalf of the man who was arrested for crimes, which could indicate treason, against our nation. We are concerned that Judge Hoyt's actions to arrest the people who exposed the deception of the American people, is hindering the efforts to ensure integrity through transparency of our current election processes, the motive is irrelevant.

    Please express our concerns to Judge Hoyt. I would appreciate hearing back from you in some form regarding updates in this matter. I will communicate any information to my family and some community groups, that I am connected with, who share our concerns. This is a matter than impacts many of us as our county in Kansas acknowledged Konnech's access to many of our citizens who worked on elections over the past few years. This is an issue that affects many Americans.

    Thank you for your care of this matter. I am praying for wisdom, strength, and courage for all involved to do the right thing. We are facing some critical issues in our nation. I believe that everyone will declare themselves based on their actions during these most trying days.

Best Regards,

*Kathleen A. Polk*
Kathleen A. Polk

Polk
4550 Hwy K68
Wellsville, KS 66092

KANSAS CITY 640
3 NOV 2022 PM 2 L

Cynthia Horace,
Case Manager to Judge Kenneth M. Hoyt
United States District Clerk
P.O. Box 61010
Houston, TX 77208-1010
77208-101010

United States Courts
Southern District of Texas
FILED
NOV 09 2022
Nathan Ochsner, Clerk of Court

