# EXHIBIT A



**THE TRUTH ABOUT KONNECH**

Konnech Inc. provides election logistics software used by U.S. cities and counties to recruit, train and schedule poll workers; coordinate the distribution of equipment and supplies to polling places; and dispatch support personnel to address technical and other issues. Konnech's software products are not involved in any way in the registration of voters, the production, distribution or processing of ballots, or the collection, counting or reporting of votes.

On August 13, 2022, True the Vote, a group dedicated to perpetuating disproven conspiracy theories regarding the 2020 U.S. presidential election, launched an attack against Konnech claiming, among other things, that our company is affiliated with the Chinese Communist Party and stores personal information about American poll workers on servers in China. To be clear, these and other defamatory allegations being widely disseminated by True the Vote and its founders and adherents are categorically and demonstrably false. Sadly, they are also clearly based on ignorance, racism and xenophobia.

We are working closely with federal and other law enforcement agencies in connection with this attack and related threats being made against our employees and families. As always, we are continuing to take all necessary steps to ensure the security and integrity of our systems and data. And we intend to pursue every avenue open to us to halt the blatant spread of misinformation about our company, and the continued attacks on our nation's democratic institutions, dedicated election officials and organizations like Konnech that make it their mission to uphold and support them.

***These are just some of the false and malicious claims True the Vote and its followers have made against Konnech, along with the facts:***

**Accusation:**  True the Vote and its adherents claim without any basis that Konnech is affiliated with the Chinese Communist Party.

**Truth:**  Konnech Inc. is 100% owned by U.S. citizens. Its founder and CEO, Eugene Yu, immigrated to the United States from China in 1986. He was naturalized as a U.S. citizen in 1997 and relinquished his Chinese citizenship in the process. Neither he nor Konnech have ever had any association with the Chinese Communist Party.

**Accusation:**  True the Vote claims to have downloaded personal data on 1.8 million U.S. poll workers early in 2021 from an unsecured Konnech server in Wuhan, China.

**Truth:**  Konnech thoroughly investigated True the Vote's claims and found no evidence whatsoever of any breach of our systems or Konnech data anywhere in the world.

Konnech has never stored customer data on servers in China. Konnech stores all customer data exclusively in its country of origin. This means that data belonging to Konnech's U.S. customers is stored on secure servers within the United States. It never leaves the U.S.

True the Vote could not have downloaded data on 1.8 million U.S. poll workers from a Konnech server in early 2021 as they claim. Konnech's poll worker

**Konnech**

management software at that time maintained records on fewer than 250,000 poll workers—a far cry from the 1.8 million True the Vote purports to have found and illegally downloaded. But even more important, these records do not exist anywhere in a single database; software and data belonging to each customer are managed and maintained in separate, secure databases completely segregated from the software and data of other customers. There is no single repository of customer data, and no single password as True the Vote's claims suggest.

**Accusation:**   True the Vote supporters claim to have accessed the data using a default password, implying that Konnech does not adequately safeguard customers' data.

**Truth:**   Konnech does not use default passwords. The information True the Vote's supporters claim to have found cannot be accessed by a single password because data and software belonging to each customer are managed and maintained in separate, secure databases.

It's important to point out that in addition to Konnech's own rigorous security measures, our systems and software are subject to security audits, penetration testing, source code reviews and similar efforts required periodically by individual customers in the U.S. and other markets and carried out by their own third-party experts. Konnech has never failed such a review over the course of our two decades in business.

**Accusation:**   True the Vote claims that Konnech stored U.S. election information "on the same server in China that runs the Chinese Communist Party elections."

**Truth:**   Konnech has never stored any customer data on Chinese servers.

**Accusation:**   Konnech outsources the coding of software for U.S. elections to developers in China.

**Truth:**   Konnech formed a research and development subsidiary in China, Jinhua Konnech, in 2005 for the purpose of developing software for the K-12 education market. It was a time when many U.S. and other foreign companies were increasing their R&D activities in the country. Jinhua Konnech's employees focused primarily on coding and testing software for Konnech. Over time this team also worked on developing and testing software for managing election logistics such as recruiting, training and scheduling volunteer election workers; coordinating the distribution of equipment of supplies to polling places; and managing election logistics issues. This work was always carried out using generic "dummy" data created specifically for testing purposes, never with customer data.

Konnech made the decision to close Jinhua Konnech in early 2020 in response to changing business needs and the increasingly challenging environment for

**Konnech**

U.S. companies doing business in China. It completed the process in 2021 and no longer has any employees in China.

**Accusation:** People associated with True the Vote suggest that Konnech "ballot-counting" software was used to manipulate the results of the 2020 U.S. presidential election in favor of Joe Biden.

**Truth:** Konnech has never provided ballot counting software to any client anywhere in the world. Konnech software is not involved in any way in the collection, processing, tabulation or reporting of votes by any U.S. election authority.

**Accusation:** True the Vote alleged that Konnech was hired to build a communications platform for the Confucius Institute, a controversial organization affiliated with the Chinese Government.

**Truth:** In 2006, a professor at Michigan State University asked Konnech to develop a Chinese language learning website as part of his work with the Confucius Institute at the University. The project was never funded and Konnech had no relationship with either the Institute or the University in connection with it.

**Accusation:** True the Vote notes that Konnech founder and president Eugene Yu is on the board of the online voting company Votem, implying that there is something improper about his relationship with the company.

**Truth:** In 2016, Konnech sold 100% of its North America ABVote business to Ohio-based Votem Corp. ABVote was a secure software platform used by two jurisdictions to facilitate online absentee ballot requests for military, overseas and disabled voters in response to the MOVE Act of 2009. Eugene Yu remained a member of Votem's board of advisors until early 2021 to enable the company to continue to benefit from his insight and years of experience in the field.

# # #