IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KONNECH, INC., § | |
| § | |
| PLAINTIFF, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:22-CV-03096 |
| § | |
| TRUE THE VOTE, INC., GREGG § | |
| PHILLIPS, and CATHERINE § | |
| ENGELBRECHT, § | |
| § | |
| DEFENDANTS. § | |

## ORDER

Came on for consideration Defendants' Motion to Dissolve Preliminary Injunction Motion ("Motion"). Having considered the parties' briefing and argument of counsel, if any, the Court finds that the Motion should be DENIED.

SIGNED this ___ day of _____, 202__, at ____.m.

_____
UNITED STATES DISTRICT JUDGE