UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
Houston Division

KONNECH, INC.,
    Plaintiff,

v.

TRUE THE VOTE, *et al.*
    Defendants.

Civ. No. 4:22cv3096
Hon. Kenneth M. Hoyt

## MOTION TO WITHDRAW

Comes now John C. Kiyonaga, Esq., and moves this Court for leave to withdraw as counsel for Defendants True the Vote, Catherine Engelbrecht and Gregg Phillips, for the reason that same are ably represented in this matter by Lead Counsel Michael Wynne.

Respectfully submitted,
/s/
John C. Kiyonaga

600 Cameron Street
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 549-2988
E-mail: john@johnckiyonaga.com

SEEN AND AGREED:

*[signature]*
Catherine Engelbrecht
    for herself and True the Vote

*[signature]*
Gregg Phillips

### Certificate of Service

I hereby certify that the foregoing was filed with the Court electronically this Dec. 23, 2022, with consequent service on counsel for all parties.

/s/
Michael Wynne, Esq.