UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
Houston Division

KONNECH, INC.,
    Plaintiff,

v.                                          Civ. No. 4:22cv3096
                                           Hon. Kenneth M. Hoyt

TRUE THE VOTE, *et al.*
    Defendants.

## ORDER

Upon motion of John C. Kiyonaga, Esq., to withdraw as counsel for Defendants True the Vote, Catherine Engelbrecht and Gregg Phillips, and good cause having been shown, it is hereby

ORDERED that John C. Kiyonaga be allowed and hereby is deemed to have withdrawn as counsel for Defendants True the Vote, Catherine Engelbrecht and Gregg Phillips.

Date: _____                          _____
                                                       HON. KENNETH M. HOYT
                                                       United States District Judge