UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KONNECH INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:22-CV-03096 |
| § | |
| TRUE THE VOTE INC., *et al.*, § | |
| § | |
| Defendants. § | |

# **ORDER**

Upon motion of John C. Kiyonaga, Esq., to withdraw as counsel for the defendants', True the Vote, Catherine Engelbrecht and Gregg Phillips (Dkt. No. 70), and good cause having been shown, it is hereby ORDERED that John C. Kiyonaga be allowed and hereby is deemed to have withdrawn as counsel for the defendants', True the Vote, Catherine Engelbrecht and Gregg Phillips in this matter.

It is so ORDERED.

SIGNED on January 4, 2023, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge