IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KONNECH, INC., | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-CV-03096 |
| | § | |
| TRUE THE VOTE, INC., GREGG PHILLIPS, and CATHERINE ENGELBRECHT, | § § § | |
| | § | |
| DEFENDANTS. | § | |

## PROPOSED ORDER ON DEFENDANTS' MOTION TO RECUSE

On this day the Court considered Defendants' Motion to Recuse. After considering the Defendants' motion, the motion is hereby GRANTED.

It is, therefore, ORDERED the Court will recuse itself.

Signed on this _____ day of January, 2023.

_____
JUDGE PRESIDING