IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KONNECH, INC., | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-CV-03096 |
| | § | |
| TRUE THE VOTE, INC., GREGG PHILLIPS, and CATHERINE ENGELBRECHT, | § § § | |
| | § | |
| DEFENDANTS. | § | |

## ORDER

Came on for consideration Defendants' Motion to Recuse ("Motion"). Having considered the parties' briefing and argument of counsel, if any, the Court finds that the Motion should be DENIED.

SIGNED this ___ day of _____, 2023, at ____.m.

_____
UNITED STATES DISTRICT JUDGE