IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KONNECH, INC., | § § § | |
| PLAINTIFF, | § § | |
| v. | § § | CIVIL ACTION NO. 4:22-CV-03096 |
| TRUE THE VOTE, INC., GREGG PHILLIPS, and CATHERINE ENGELBRECHT, | § § § § § § | |
| DEFENDANTS. | § | |

**TRUE THE VOTE, INC.'S CORPORATE DISCLOSURE STATEMENT AND
<u>CERTIFICATE OF INTERESTED PARTIES</u>**

Defendant True the Vote, Inc. hereby files this disclosure statement pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Order (Doc. 10) and certifies the following:

True the Vote, Inc. is not owned by any parent corporation and no publicly held corporation owns 10% or more of its stock.

The persons, firms, partnerships, corporations, affiliates, and other entities that are financially interested in the outcome of this litigation are as follows:

- Plaintiff Konnech, Inc.;
- Defendant True the Vote, Inc.;
- Defendant Gregg Phillips; and
- Defendant Catherine Engelbrecht.

Respectfully submitted,

GREGOR | WYNNE | ARNEY, PLLC

By: */s/ Michael J. Wynne*
Michael J. Wynne

Attorney at Law
Texas State Bar No. 00785289
SDTX No. 00018569
909 Fannin Street, Suite 3800
Houston, Texas 77010
Telephone: (281) 450-7403
Email: mwynne@gwafirm.com

**ATTORNEYS FOR DEFENDANTS TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, AND GREGG PHILLIPS**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the Court electronically this 9th day of February 2023, with consequent service on counsel for all parties.

By: */s/ Michael J. Wynne*
Michael J. Wynne