**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Konnech Inc. | § | |
| | § | |
| *versus* | § | Civil Action 4:22−cv−03096 |
| | § | |
| True The Vote Inc., et al. | § | |

# Notice of Reassignment

This case is reassigned to Judge Andrew S Hanen.

Entered:  February 14, 2023                                          Nathan Ochsner, Clerk