IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA DIVISION)

|  |  |
|---|---|
| **Mark A. Crider,**<br>　　　　**Plaintiff,**<br><br>v.<br><br>**Jefferson Beauregard Sessions, III,**<br>**In his official capacity as Attorney General,**<br>　　　　**Defendant.** | )<br>)<br>)<br>)<br>)　Civil Action No.:1:18-cv-221-LMB/JFA<br>)<br>)<br>)<br>)<br>) |

## CONSENT MOTION TO EXTEND TIME TO SERVE COMPLAINT

Plaintiff Mark Crider, with the consent of the Defendant, hereby respectfully moves the Court for a four week extension of time to serve the complaint in this case, which was filed February 28, 2018. As grounds therefore, Plaintiff informs the Court that the parties have been in extended, but productive, discussions to resolve this case and are in the final stages of resolving this matter. Allowing additional time to serve the complaint will permit the parties to finish that process without expenditure of resources further litigating this matter.

Wherefore, based on good cause shown, Plaintiff therefore respectfully requests that the Court enter the attached order extending the time in which to serve the complaint, through and including June 26, 2018.

Undersigned counsel for Plaintiff has spoken with Lauren A. Wetzler, Chief, Civil Division, of the United States Attorney's Office for the Eastern District of Virginia, who consents to this motion and the relief requested.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　__/s/ John R. Ates_____
　　　　　　　　　　　　　　　　　　　　　　　John R. Ates, Esquire (VSB # 71697)

Ates Law Firm, P.C.
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
(703) 647-7501 (telephone)
(703) 229-6430 (facsimile)
j.ates@ateslaw.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 29, 2018, I filed the foregoing using the CM/ECF system and mailed a copy of the filed version via U.S. Mail, postage prepaid, as well as sent an electronic mail copy, to the following:

Lauren A. Wetzler
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
Email: lauren.wetzler@usdoj.gov

Attorneys for Defendant

/s/ John R. Ates
John R. Ates (VSB #71697)
Ates Law Firm, P.C.
1800 Diagonal Road
Suite 600
Alexandria, Virginia 22314
703-647-7501 Telephone
703-229-6430 Fax
j.ates@ateslaw.com
