**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| KONNECH, INC., | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 4:22-cv-03096 |
| | § | |
| v. | § | |
| | § | |
| TRUE THE VOTE, INC., *et al.,* | § | |
| | § | |
| Defendants. | § | |

**NOTICE FOR ENTRY OF APPEARANCE AS COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW CAMERON POWELL and hereby wishes to enter his appearance as co-counsel for all purposes for DEFENDANTS True the Vote, Inc., Gregg Phillips, and Catherine Engelbrecht, in the above-styled and numbered cause.

DATED and FILED: February 22, 2023

Respectfully submitted,

GREGOR | WYNNE | ARNEY, PLLC

By: */s/ Cameron Powell*
Cameron Powell

DC Bar No.  00459020
909 Fannin Street, Suite 3800
Houston, TX 77010
Telephone: (832) 390-2644
cpowell@gwafirm.com

**ATTORNEYS FOR DEFENDANTS TRUE THE VOTE, INC., GREGG PHILLIPS, AND CATHERINE ENGELBRECHT**

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was served upon counsel of record on this 22nd day of February, 2023.

By: */s/ Cameron Powell*
Cameron Powell