IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KONNECH, INC., | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-CV-03096 |
| | § | |
| TRUE THE VOTE, INC., GREGG | § | |
| PHILLIPS, and CATHERINE | § | |
| ENGELBRECHT, | § | |
| | § | |
| DEFENDANTS. | § | |

**SCHEDULING ORDER**

1. Trial:  Estimated time to try: <u>5-7</u> days.          _____Bench __X_ Jury

2. New parties must be joined by: <u>July 21, 2023</u>

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by: <u>October 31, 2023\*</u>

4. The defendant's experts must be named with a report furnished by: <u>November 30, 2023\*</u>

5. Discovery must be completed by: <u>Fact Discovery: October 15, 2023\*</u>
                                    <u>Expert Discovery: December 23, 2023\*</u>

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court.  No continuance will be granted because of information acquired in post-deadline discovery.*

   \* Subject to the return of the equipment and data that the Los Angeles County District Attorney seized from Plaintiff and Mr. Yu at a time which permits the parties to complete fact discovery

6. Dispositive Motions will be filed by: <u>February 16, 2024</u>
   Responses due by: <u>March 8, 2024</u>

7. Non-Dispositive Motions will be filed by: <u>February 16, 2024</u>

******************The Court will provide these dates. **********************

8. Joint pretrial order is due:
   *The plaintiff is responsible for filing the pretrial order on time.*

9. Final Pretrial Conference is set for **1:30 PM** on:

10. Trial is set for **9:00 AM** on:
    *The case will remain on standby until tried.*

**Approved as to form and substance:**

_____

KASOWITZ BENSON TORRES LLP
Constantine Z. Pamphilis
Attorney in Charge
Texas State Bar No. 00794419
SDTX Bar No. 19378
DPamphilis@kasowitz.com
Nathan W. Richardson
Texas State Bar No. 24094914
SDTX Bar No. 24094914
NRichardson@kasowitz.com
1415 Louisiana Street, Suite 2100
Houston, Texas 77002
(713) 220-8800
(713) 222-0843 (fax)

   *Attorneys for Plaintiff Konnech, Inc.*

   <u>/s/ Constantine Z. Pamphilis</u>          2/23/2023
     Counsel for Plaintiff                              Date

GREGOR WYNNE ARNEY, PLLC
Michael J. Wynne
Attorney in Charge
Texas State Bar No. 0078529
SDTX Bar No. 0018569
mwynne@gwafirm.com
(281) 450-7403
Cameron Powell*
DC Bar No. 459020
cpowell@gwafirm.com
(503) 502-5030
James L. Turner
Texas State Bar No. 20316950
jturner@gwafirm.com
(713) 305-5457
909 Fannin Street, Suite 3800
Houston, Texas 77010

**Pro hac vice* (oath) pending

THE AKERS FIRM, PLLC
Brock Akers
Texas State Bar No. 00953250
Federal I.D. No. 2046
bca@akersfirm.com
3401 Allen Parkway, Suite 101
Houston, Texas 77019
(713)-877-2500
(713)-583-8662 (fax)

   *Attorneys for Defendants*

| | |
|---|---|
| */s/ Michael J. Wynne* | 2/23/2023 |
| Counsel for Defendants | Date |