United States District Court
Southern District of Texas
**ENTERED**
February 24, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KONNECH, INC., | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-CV-03096 |
| | § | |
| TRUE THE VOTE, INC., GREGG | § | |
| PHILLIPS, and CATHERINE | § | |
| ENGELBRECHT, | § | |
| | § | |
| DEFENDANTS. | § | |

## SCHEDULING ORDER

1. Trial:  Estimated time to try: <u>5-7</u> days.          _____ Bench   <u>X</u> Jury

2. New parties must be joined by: <u>July 21, 2023</u>

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by: <u>October 31, 2023</u>\*

4. The defendant's experts must be named with a report furnished by: <u>November 30, 2023</u>\*

5. Discovery must be completed by: <u>Fact Discovery: October 15, 2023</u>\*
                                    <u>Expert Discovery: December 23, 2023</u>\*

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

   \* Subject to the return of the equipment and data that the Los Angeles County District Attorney seized from Plaintiff and Mr. Yu at a time which permits the parties to complete fact discovery

6. Dispositive Motions will be filed by: <u>February 16, 2024</u>
   Responses due by: <u>March 8, 2024</u>

7. Non-Dispositive Motions will be filed by: <u>February 16, 2024</u>

******************The Court will provide these dates. *********************

8. Joint pretrial order is due: July 16, 2024
   *The plaintiff is responsible for filing the pretrial order on time.*

9. Final Pretrial Conference is set for **1:30 PM** on: August 19, 2024

10. Trial is set for **9:00 AM** on: August 26, 2024
    *The case will remain on standby until tried.*

SIGNED this  24  day of February, 2023

Andrew S. Hanen
United States District Judge

**Approved as to form and substance:**

KASOWITZ BENSON TORRES LLP
Constantine Z. Pamphilis
Texas State Bar No. 00794419
SDTX Bar No. 19378
DPamphilis@kasowitz.com
Nathan W. Richardson
Texas State Bar No. 24094914
SDTX Bar No. 24094914
NRichardson@kasowitz.com
1415 Louisiana Street, Suite 2100
Houston, Texas 77002
(713) 220-8800
(713) 222-0843 (fax)

*Attorneys for Plaintiff Konnech, Inc.*

*/s/ Constantine Z. Pamphilis*          2/23/2023
Counsel for Plaintiff                    Date

GREGOR WYNNE ARNEY, PLLC
Michael J. Wynne
Attorney in Charge
Texas State Bar No. 0078529
SDTX Bar No. 0018569
mwynne@gwafirm.com
(281) 450-7403
Cameron Powell*
DC Bar No. 459020
cpowell@gwafirm.com
(503) 502-5030
James L. Turner
Texas State Bar No. 20316950
jturner@gwafirm.com
(713) 305-5457
909 Fannin Street, Suite 3800
Houston, Texas 77010

**Pro hac vice* (oath) pending

THE AKERS FIRM, PLLC
Brock Akers
Texas State Bar No. 00953250
Federal I.D. No. 2046
bca@akersfirm.com
3401 Allen Parkway, Suite 101
Houston, Texas 77019
(713)-877-2500
(713)-583-8662 (fax)

   *Attorneys for Defendants*

/s/ Michael J. Wynne           2/23/2023
Counsel for Defendants         Date