# EXHIBIT A

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

- - -

THE HONORABLE KENNETH M. HOYT, JUDGE PRESIDING

---

KONNECH, INC.,                    )   Cause No. 4:22-cv-03096
                                  )
        Plaintiff,          )
                                  )
vs.                               )
                                  )
TRUE THE VOTE, et al.,            )
                                  )
        Defendants.         )
                                  )

---

**HEARING**

OFFICIAL COURT REPORTER'S TRANSCRIPT

Houston, Texas

**October 27, 2022**

---

APPEARANCES:
On behalf of the Plaintiff:
   Constantine Z. Pamphilis, Esq.
   Nathan Richardson, Esq.

On behalf of the Defendants:
   Brock Cordt Akers, Esq. (Not present)
   Michael John Wynne, Esq
   John C. Kiyonaga, Esq.


Reported By:   Nichole Forrest, CSR, RDR, CRR, CRC
               Certified Realtime Reporter
               United States District Court
               Southern District of Texas


Proceedings recorded by mechanical stenography.
Transcript produced by Reporter on computer.

EXAMINATION INDEX

WITNESSES                                                    PAGE

GREGG PHILLIPS
        Direct Examination  By Mr. Wynne              29
        Cross-Examination By Mr. Pamphilis            37

CATHERINE ENGELBRECHT
        Direct Examination By Mr. Wynne              106
        Cross-Examination By Mr. Richardson          109
        Redirect Examination By Mr. Wynne            166

```
 1   around and trying to find things.  But we also do
 2   geospatial research.
 3               THE COURT:  Were you planning to put the
 4   names of the individuals who worked for the Harris
 5   County polling, Bexar County polling, all of that data
 6   that you said that you saw, were you planning to post
 7   that data on a public venue?
 8               THE WITNESS:  No, sir.
 9               THE COURT:  Does this sound familiar to
10   you:  Gregg and Catherine, GC -- that's you, Gregg and
11   Catherine -- stumbled onto voting software used to
12   corroborate elections.  Was left with default
13   password.
14               What is a default password?
15               THE WITNESS:  A password that the software
16   would be shipped with.
17               THE COURT:  Is what?
18               THE WITNESS:  When they ship it to be
19   installed.
20               THE COURT:  That means that someone has
21   intercepted a password?
22               THE WITNESS:  No, sir.  It ships with the
23   password.  I think that is what it's referring to.
24               THE COURT:  No.  I'm asking you what
25   you're referring to.
```

Case 4:22-cv-03096 Document 487-1 Filed 10/32/24/23 in TXSD Page 95 of 225

```
 1                   It says here:  You were left with -- you
 2   used to coordinate the elections, was left with
 3   default password of database.
 4                   What are you talking about?
 5                   THE WITNESS:  Like I said, a password that
 6   would be shipped with the software.
 7                   THE COURT:  And so the software you're
 8   referring to is what?
 9                   THE WITNESS:  I don't recall.  I mean,
10   do --
11                   THE COURT:  We're talking about this
12   software.  We're talking about this data.
13                   THE WITNESS:  Well, I don't know that we
14   are or aren't.  We could be talking about the
15   Open.INK.
16                   THE COURT:  But you're the one talking
17   about it.
18                   THE WITNESS:  Right.  But I don't know if
19   that's what I was referring to.
20                   THE COURT:  Well, you said you stumbled
21   onto voting software used to coordinate elections.
22                   That is what Konnech does, isn't it?
23                   THE WITNESS:  I think it's one of the
24   things they do.
25                   THE COURT:  Well, do they do it or not?
```