# EXHIBIT B

Services   Account

Host   Images   Dataleaks   Torrents   Domains   Sensors

Search   Risk Score   API Documentation

**BINARYEDGE.IO - WE SCAN THE ENTIRE INTERNET**
TO HELP YOU UNDERSTAND WHAT IS BEING EXPOSED

Search... Example: country:FR port:443

Search   Clear   Help

**FILTER BY:**

☐ ICS   ☐ DATABASE   ☐ IOT
☐ MALWARE   ☐ WEBSERVER   ☐ CAMERA

| Ports | Entries[*] | Countries | Entries | ASNs | Entries |
|---|---|---|---|---|---|
| 443/tcp | 3 | United States | 3 | 14103<br>ACDNET-ASN1, US | 2 |
|  |  |  |  | 8075<br>MICROSOFT-CORP-MSN-AS-BLOCK, US | 1 |

Stats Order: desc. Change Order **ASC** : **DESC**

[*]:Count of all Events by Port matching your query. For only open-port/identification events filter type:service-simple.
[**]: type:http is being deprecated, please use type:web on your queries instead.

### Results for your query: *vote4fairfax.com*
3 results found.

Showing 1 to 3 of 3 entries.

| IP | Port | Type | Summary |
|---|---|---|---|
| 75.75.210.242<br>Last Detected: 11/1/22 6:33 AM<br>— | 443/tcp | ssl | ssl.cert.subject.organization_name:<br>   --<br>ssl.cert.subject.common_name:<br>   www.vote4stcharles.net<br>ssl.cert.subject_dns:<br>   www.vote4stcharles.net, vote4stcharles.net, api.vote4douglas.com, vote4fairfax.com, workerportal.vote4douglas.com, apps.konnech.net, www.vote4douglas.com, www.vote4boston.com, www.vote4ocf.com, indyapi.pollchief.com, api.vote4ocf.com, 365helpdesk.vote4detroit.net, indy.pollchief.com, www.vote4allen.us, resultsadmin.vote4detroit.net, www.vote4fairfax.com<br>ssl.cert.issuer.common_name:<br>   Go Daddy Secure Certificate Authority - G2<br>ssl.cert.sha1_fingerprint: f9:a5:c8:17:8e:5d:d8:7d:e3:ad:99:60:e5:29:a7:83:3e:01:e7:b6<br>More SSL Details available... |

| IP | Port | Type | Summary |
| --- | --- | --- | --- |
| 4.227.233.75<br>Last Detected: 11/1/22 5:28 AM<br>— | 443/tcp | ssl | ssl.cert.subject.organization_name:<br>    --<br>ssl.cert.subject.common_name:<br>    lakecounty.pollchief.net<br>ssl.cert.subject_dns:<br>    365helpdesk.vote4detroit.net, api.vote4ocf.com, vote4fairfax.com, api.vote4douglas.com, www.vote4boston.com, signwap.vote4detroit.net, www.vote4douglas.com, www.vote4ocf.com, www.vote4fairfax.com, resultsadmin.vote4detroit.net, apps.konnech.net, workerportal.vote4douglas.com, www.vote4allen.us, lakecounty.pollchief.net, www.lakecounty.pollchief.net<br>ssl.cert.issuer.common_name:<br>    Go Daddy Secure Certificate Authority - G2<br>ssl.cert.sha1_fingerprint: b9:8e:8f:ca:95:c7:09:e3:b0:3c:c2:c5:7d:92:77:5b:90:39:90:b4<br>More SSL Details available... |
| 75.75.210.254<br>Last Detected: 11/1/22 4:17 AM<br>— | 443/tcp | ssl | ssl.cert.subject.organization_name:<br>    --<br>ssl.cert.subject.common_name:<br>    www.vote4stcharles.net<br>ssl.cert.subject_dns:<br>    www.vote4stcharles.net, vote4stcharles.net, api.vote4douglas.com, vote4fairfax.com, workerportal.vote4douglas.com, apps.konnech.net, www.vote4douglas.com, www.vote4boston.com, www.vote4ocf.com, indyapi.pollchief.com, api.vote4ocf.com, 365helpdesk.vote4detroit.net, indy.pollchief.com, www.vote4allen.us, resultsadmin.vote4detroit.net, www.vote4fairfax.com<br>ssl.cert.issuer.common_name:<br>    Go Daddy Secure Certificate Authority - G2<br>ssl.cert.sha1_fingerprint: f9:a5:c8:17:8e:5d:d8:7d:e3:ad:99:60:e5:29:a7:83:3e:01:e7:b6<br>More SSL Details available... |

Showing 1 to 3 of 3 entries.

### BINARYEDGE

We are a multifunctional team that focus its effort on acquiring, analyzing and classifying internet wide data, by combining efforts in the areas of Cybersecurity, Engineering and Data Science.

Know more about us here.

### LINKS

About Us

Blog

Binaryedge.io

Terms & Conditions

Documentation

### GET IN TOUCH

info@binaryedge.io
support@binaryedge.io

© 2022 Copyright BinaryEdge