# EXHIBIT E

STATE OF _Nevada_      §
                      §
_Clark_ COUNTY      §

## AFFIDAVIT OF BRIAN GLICKLICH

Before me, the undersigned notary, on this day personally appeared Brian Glicklich, whose identity is known to me, who under oath states as follows:

1.  At approximately 6:30AM Pacific Time on Sunday November 6th, 2022, I received a call from a man identifying himself as Peter McAllister, who said he had been until recently the general manager of Konnech Australia. A Peter McAllister was indeed listed on the website at https://www.konnech.com.au/About.html, which is now no longer active but may be found at www.archive.org. I made contemporaneous notes of the call.

2.  Mr. McAllister indicated that he had seen my appearance on War Room the day before and had information relevant to the imprisonment of Catherine Engelbrecht and Gregg Phillips, following a contempt proceeding, that he wanted to convey to me.

3.  Mr. McAllister told me that on Monday October 10th, someone had started deleting Konnech company emails from a website in Vietnam. McAllister believed these actions to be at the instigation of Eugene Yu, the CEO of Konnech, Inc. McAllister said he had received this information from Konnech's CTO, a man named Luis Nabergoi Puente, who was based in Barcelona. Luis had contacted McAllister via WhatsApp. Mr. McAllister told me that Luis had indicated to him that the emails being deleted were all those that had a TXT or JSON attachment. Mr. McAllister said that Luis's interpretation was that someone at Konnech intended to get rid of any emails with log files attached that may have gone to China. Further, Mr. McAllister indicated that Mr. Yu's nephew, a man named Jun Yu, was removing all apps in Konnech's internal messaging application called DingTalk.

4.  Mr. McAllister indicated that Eugene's brother runs a company that provides similar election software to the Chinese Communist party. Mr. McAllister also said that he had been asked by Mr. Yu to sell that same software in Australia. Mr. McAllister said he had recently been asked to resign, by Mr. Yu, ostensibly in order to help fund Eugene Yu's litigation.

I certify under penalty of perjury that the foregoing is true and correct.

Further Affiant Sayeth Not.

Brian Glicklich

Subscribed to and sworn before me on this 24 day of February, 2023.

Notary Public - State Of Nevada
COUNTY OF CLARK
**BELLA HO**
My Appointment Expires
No. 22-7312-01      August 29, 2026

Notary Public in and for the state of ___NV___