United States District Court
Southern District of Texas
**ENTERED**
March 03, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KONNECH INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-cv-3096 |
| | § | |
| TRUE THE VOTE, INC., *et al.*, | § | |
| | § | |
| *Defendants*. | § | |
| | § | |
| | § | |

**ORDER**

Pending before the Court is Defendants True the Vote, Catherine Engelbrecht, and Greg Phillips (collectively, "Defendants") Motion for Leave to Inspect Property of Plaintiff to Prevent Further Spoliation of Evidence (Doc. No. 87). Plaintiff Konnech Inc. ("Plaintiff") has not yet responded to the Motion. The Court hereby **ORDERS** the following pending that response:

1. If and when Plaintiff receives its electronic storage devices back, Plaintiff is **ORDERED** to not delete or alter the data and contents of these devices until a further order of this Court.

2. Plaintiff is **ORDERED** to file a response to Defendants' Motion for Leave to Inspect Property (Doc. No. 87) on or before next Friday, March 10th, 2023.

3. The parties are **ORDERED** to jointly send a letter or email to this Court's case manager with the results of Konnech CEO Eugene Yu's motion to return property that was set for consideration before the Los Angeles County Superior Court on March 2nd, 2023.

Signed at Houston, Texas, this 3rd day of March, 2023.

Andrew S. Hanen
United States District Judge

1