# Plaintiff's Response in Opposition to Defendants' Emergency Motion to Inspect Property of Plaintiff:

# Exhibit B



**Taylor Phillips** ✓
@tay_phill · Aug 13

⇄ **Gregg Phillips** ReTruthed

The part of #thepit you missed...

#TigerProject 30k ft view....

-Gregg and Catherine, gc, stumble onto voting software used to coordinate elections was left with default password on database.
-GC research team discovered sensitive info on election workers etc on server (bank account info, kids names, ssn etc)
-gc take to fbi
-server lives in China on backbone
-feds label as national security risk and investigate
-feds turn on gc
-feds now sit on active & ongoing china nat security breach

💬 199   ⇄ 2.99k   ♡ 4.33k   ↑   •••