# Plaintiff's Response in Opposition to Defendants' Emergency Motion to Inspect Property of Plaintiff:

# Exhibit D

```
 1                    UNITED STATES DISTRICT COURT
                       SOUTHERN DISTRICT OF TEXAS
 2                          HOUSTON DIVISION

 3

 4   KONNECH, INC.,                  .  4:22-CV-03096
                                     .  HOUSTON, TEXAS
 5        PLAINTIFF,                 .  OCTOBER 6, 2022
     VS.                             .  1:59 P.M.
 6                                   .
     TRUE THE VOTE, INC.,            .
 7   GREGG PHILLIPS AND              .
     CATHERINE ENGELBRECHT,          .
 8                                   .
          DEFENDANTS.                .
 9   .................................

10

11         TRANSCRIPT OF PRELIMINARY INJUNCTION HEARING
              BEFORE THE HONORABLE KENNETH M. HOYT
12                UNITED STATES DISTRICT JUDGE

13

14                         APPEARANCES

15

16   FOR THE PLAINTIFF:

17        Constantine Z. Pamphilis
          Nathan Richardson
18        KASOWITZ BENSON TORRES LLP
          Wedge International Tower
19        1415 Louisiana
          Suite 2100
20        Houston, Texas   77002

21   FOR THE DEFENDANTS:

22        Brock C. Akers
          J. Mark Brewer
23        THE AKERS FIRM
          3401 Allen Parkway
24        Suite 101
          Houston, Texas   77019
25
```

14:25   1   to indicate that there was any investigation?
2        MR. AKERS:  I do not know this individual.  I do not
3   represent this individual.
4        THE COURT:  Which individual are you talking about?
14:26   5        MR. AKERS:  The individual who actually has the data
6   who then turned it over to the FBI.
7        THE COURT:  No.  But, I mean -- when Phillips claimed
8   that he turned it over to the FBI, he had to have possession of
9   it at the time in order to turn it over?
14:26   10       MR. AKERS:  Actually, yes.  It was kind of a
11  combination of the two of them getting together and, Here it
12  is.
13       THE COURT:  Well, I don't know what they did, and I
14  don't think you know either, but you know Phillips was involved
14:26   15  in the turning over?
16       MR. AKERS:  Yes.
17       THE COURT:  All right.  So here's my question that I'm
18  trying to get answered, and that is this:  What evidence do you
19  have or what reason do you believe that Mr. Phillips verified
14:26   20  that any of this data was coming from China?
21       MR. AKERS:  On the basis of what -- what Mr. Phillips
22  himself saw.
23       THE COURT:  What he told you he saw.  Have you seen
24  it?
14:27   25       MR. AKERS:  No.

14:47  1  data we're talking about, nowhere is it said to be Konnech.
2  They are only allegations.
3       THE COURT:  Let me ask you this:  How could your
4  client turn anything over to the FBI that he and she did not
14:48  5  have?  And I'm not asking you to answer that.  I'm posing that
6  as a question.  Where your client is going to claim that
7  something has been turned over to the FBI and said, I don't
8  have it, is it because he turned it over to the FBI?  Then who
9  in the FBI has it?  I need to know, and I need to know whether
14:48  10  or not it is this national security issue.  I need to know
11  whether or not the Department of Justice is involved in this in
12  some way.  They have got thousands of lawyers all over this
13  country.  Surely somebody could have contacted the Court by
14  now.
14:48  15       So I don't think the answer is, Well, there is
16  something wrong with their pleadings.  I think the answer is,
17  We are not having a hearing because his client has been
18  arrested by people who are intent on flipping the script.  He
19  has rights to the documentation.  That's undisputed.  He has
14:49  20  rights to the data that he had.  And the allegation that the
21  data was somehow sent to China, that's not in his pleadings.
22  His pleadings are, We sent different data.  So there is no
23  allegation in his pleading that he sent the data that he
24  received from clerks and county officials or whoever in the
14:49  25  United States.

```
15:04   1   and call him, and I'm going to sit right here until I know it's
        2   done.
        3           MR. AKERS:  I have the name.
        4           THE COURT:  I'm sorry?
15:05   5           MR. AKERS:  I said I have the name.
        6           THE COURT:  Well, then deliver it.
        7           MR. AKERS:  I need to look it up.
        8           THE COURT:  And if there are any other names --
        9       (Simultaneous crosstalk)
15:05  10           THE COURT:  Let me just finish.  If there are any
       11   other names associated with this Dallas group, those names are
       12   to be turned over.  And I understand that I'm hearing you say
       13   there is only one name that you have.
       14       (Mr. Akers hands Mr. Pamphilis a piece of paper)
15:06  15           MR. AKERS:  For the record, I just handed him the
       16   name.
       17           THE COURT:  All right.
       18           MR. PAMPHILIS:  Your Honor, I would prefer that the
       19   name be read by him into the record so that there is no dispute
15:06  20   about the name that I was given.
       21           THE COURT:  I don't think I have my copy here.
       22           MR. AKERS:  I have mine electronically.
       23           THE COURT:  Say what?
       24           MR. AKERS:  I have a copy of my letter electronically.
15:06  25           THE COURT:  You need to read it for the record then.
```

15:10  1  submitted.
2          THE COURT: All right. I will not stand in the way of
3  lawyers filing responses or replies. He's filing a response.
4  You would be filing a reply to the response, and I'm saying
15:10  5  that I will not delay considering this matter waiting on a
6  reply. If you want to file it, that's fine.
7          MR. AKERS: Understood.
8          THE COURT: Thank you, gentlemen.
9          MR. PAMPHILIS: Thank you, Your Honor.
10    *(Court adjourned at 3:10 PM)*
11                              * * * *
12     I certify that the foregoing is a correct transcript from
13  the record of proceedings in the above-entitled cause.
14
15  Date: October 8, 2022
16
17                     /s/ Mayra Malone
                       ----------------------------------------
18                     Mayra Malone, CSR, RMR, CRR
                       Official Court Reporter
19
20
21
22
23
24
25