# Plaintiff's Response in Opposition to Defendants' Emergency Motion to Inspect Property of Plaintiff:

# Exhibit F

**Prophets and Patriots – Episode 20 with Gregg Phillips   August 23, 2022**

**Original here:** https://elijahstreams.com/podcast/podcast/prophets-and-patriots-episode-20-with-gregg-phillips-and-steve-shultz/

**Gregg Phillips** 38:10
Yeah, just in the first day, I think they raised $100,000 In the first day. And since then I'll let Catherine, if she's ever on your show, let her tell you a little bit about the detail. Project. We're just a contractor running the fusion center. But But gosh, David, this is so exciting. It's such a great time to be here. So we went through all of that. And then the latter third of the day were several key things. We wanted to be able to to share with people. What what we're starting to understand in terms of what's happening in the country, because it's bigger than just somebody's trying to cheat and elect Joe Biden, right. This started 70 years ago, the communists laid out a plan to come into the United States to take over the Democrat party to take over the media. And, and if you listen to people like Trevor Loudon and and Jeff Nyquist, which we had we had with us at the bid. They make a very compelling story. And, and if you contemplate it in the context of the communists, and the Marx is divorced from God, in the separation from all things spiritual, and now you think about what's happening to us, and you think about how could it be? Well, the how is the infiltrators are coming? Without God, they're not with God. Right. And, and we and everybody, I mean, there were jaws open. I mean, listening to Trevor and you can see this up on up on rumbled now on RRSPs channel. But listening to Trevor and listening to Jr. Talk about this stuff, was setting the stage for the final thing that we did in the last hour or so. ==One of the things that Catherine and I came up with in our research was, Catherine had this idea that there's too much free and near free software out there. And it's all being operated at the county levels and state levels by the bad guys. It's not the good counties, it's the bad counties. And we're like, what's going on? So Catherine asked us, if we would take a look at it.== We went through, we went through and pulled out there's something called vote shield, that supposedly some counties or some states use that none of the none of the states admit to using. And that was kind of weird. So we're like, Okay, well, that's, that's odd. And then we started started coming across more and more and more and started realizing that there was one particular company that was behind several of the software's that were operating the elections. And when I say operating, I mean, ballot counting software. ==Administration software, meaning if you're a poll worker, they would register you in this system with your name, your social security number, your date of birth, your bank account, if you're getting paid all of this information==. And in just in the course of our normal business, we use a product called binary edge. It's a it's just a, it lets you take a URL and learn if you took Elijah list.com. It wouldn't tell you what servers you guys operate from, it would tell you a little bit about those servers, it would, it would give you a sense of where your your show is being broadcast from. And there would be all sorts of different things you can learn just by going into binary edge. But when you dig into binary edge, you learn and you get into few layers deep, you learn. Okay, well, where what if you were broadcasting from Oregon, but your data was being stored in? I don't know Detroit? Well, you might care about that. But what if your data was all being filtered through China? And it's not we're not==. What happened was, we're not asking==

anyone to believe us. We took it directly. That was on a Friday after Friday. Now, my guys invited me to Dallas. On a Friday night, we went met at hotel room towels under the doors, you know, we were pretty weird. I mean, it was like some kind of a James Bond kind of thing or some sort of weirdness like that. And, and they proceeded to show me everything. They showed me the database, they showed me where it lived. And it lives on the main, the main backbone, the Unicom backbone in China, which is the main internet, in China, all the poll workers, is that what you're saying of everything, everything. And they have, they have software that counts that count that does FastCap ballot counting. They have software, all of this is done in China,

42:46
who gave China all of this information? I mean, how did this even happen?

**Gregg Phillips** 42:51
There's a company in the there's a company in the US based outside of what just outside of Lansing, Michigan, and actually they operated an office in Lansing, run by a former Chinese national and all of his programmers are Chinese. And, and they basically pulled this off on the United States. And they've, they've done military ballots, they've done they have, they have online voting systems that they've created. And these were all created by Chinese programmers. And it's a big deal. It was such a big deal that Friday night, I left Dallas and I drove to Catherine's I left about four in the morning. After sitting there looking at this for four or five hours, my analysts are the best analysts in the country, in the world, maybe. And and when we were done, I not just knew it was true, but they weren't asking me to believe Oh, Greg believe that. This is some satellite changing numbers or whatever. This wasn't that. All they were saying was this software that runs in, in by their own admission in 1000s of counties nationwide, is based in China in Wuhan, China. And, and that's all that that's all they were really telling me. And, and so it was so significant to me from a national security perspective. We immediately made a complaint to the DNI. We on Monday, we we contacted some people we know at the FBI, and we made an official and formal complaint to the FBI. That was in January of 2021. By April of 2020 to 15 months later, we had been involved in a major and mature counterintelligence operation with the FBI. It wasn't just we didn't just surface the data. We were part of the op. We were being read in. I traveled to meet with them multiple times. You just want it all comes out and it's all said and done. That they were poor. sort of a counter intelligence with with this frightening thing is to me. And, and this is kind of the rest of the story. The people we were working with at the Bureau, some of them seemed very senior agents that had been there for 20 plus years. I mean, these were, these were these were people, we really have enormous respect for him, you know, I have respect for them as law enforcement officers, I have respect for them as as people that love their country, and they're really good people. And we had all agreed early on, that the thing that needed to happen is this software needed to be removed from all counties before the next election. Yeah, it had to in April, and mid April of this year, couple of weeks before the the Catherine got a call from somebody at the Bureau saying, Hey, we got a problem. We took this up to, to DC to kind of do some final work on it before we started making this public. And they turned it on us, they made us to target me in particular, the target. They had been advised that, well, that came a little bit later. But but but they said don't tell her ag he's gonna get he's gonna get mad. Well, they were right, I was gonna get mad. But they

turned this whole thing on us, Steve and EPA. So here's the key, the software is still in place. And so and so they said, well, we'll work on it, we'll try to figure it out. Don't worry about it, don't worry about it. About a week, about a week later. They we find out that, that they they had the meeting that they were going to have and and in the end as it as it began to sort of unpack the I'm gonna have my car cut off, I'm sorry, it's gonna dig for a second. Okay. They they had basically unwound that, but they hadn't fixed it. They're still the software there. And by now that we're into the movie, the movie was out. And I get a call. A few weeks after the member, we had all manner of things happening, right? And I'm still I'm still on my listen to God. You know, my kids. I'm still listening. ==I get a call from a senior agent at the FBI. And he says, Listen, we've received a report that you stole, meaning me, Greg stole three servers on the Unicom backbone in China==. What

### Gregg Phillips  47:42
my first answer was, and I'm a tech guy. So my first thing was, but wait a minute. That's not how the internet works. You can't steal the internet man. That's not the way it works. It's not that's not the game. And I said, nevertheless, I still nothing. And, and, and, in fact, what we did have, we turned over to them to the FBI. So they if somebody has something stolen, they have something stolen. And, and it's crazy. And And anyway, they left it. And I'm like, that's not true. And he's like, I mean, he was threatening me. I took it as an absolute threat. Well, is

### 48:24
it the enemies? Maybe I'm stating the obvious, but are we just looking at absolute corruption at the top? He's turning it on you because he's turning it on you not because he really believes it. Because he he's trying to stop your work. That's only right. I

### Gregg Phillips  48:41
don't know if it was him because I know him. Okay. But it was certainly someone above him what we're now calling referring to as political law enforcement. Okay, these these political law enforcement people that make their way to the top of the bureau or the top of, you know, a state organization or whatever, just political animals and they just don't, they don't care about America. They don't care about anything, they care about them, and they care about their career. And that's all they care about. But he flat out threatened me and was the weirdest thing of all state and when I knew that this was just completely Satan induced. Yeah. 100% He threatens me we go through a 15 minute pretty heated conversation you might imagine I don't think anything's laying down like that especially a threat and and then he says, Okay, well you know, those guys that you've been working with in Detroit, I said, yeah, he's like, Well, they still want they still want to get with your work with you. Like okay, now I haven't heard from him since but but it you can't seem to make sense and so I called Catherine and I was I was I was on the road and I called Catherine and said, Look, all we can do right now is just pray. You know, we armored up we leave we We've bought some new lawyers and brought some new folks in just in case something happens, and so on and so forth. So people have been banging on me a little bit about that opening thing and why we haven't been able to get that up? Well, the reason we haven't been able to get it up and running is, is the bad guys keep taking it down. Every time we put it up, they take it down. But there's a reason for that. The reason is, they

have no idea what we have. And they have no idea what's it, what's in these what's in our records. And when it all comes out. And it's all said and done. And we dump all of it, we called the this Chinese thing and Tiger project, when we dumped the Tiger project out into the world, and there are already 180 People that have it, and they're doing some amazing work, you could go in and read onto socialism of the work that's being done by some of the folks that already have some of the info. But that's just a smidgen of info, we have so much more. And, and when it all comes out, it's going to, it's going to devastate the left. And that's what they're doing. They're trying to stop it before the election, then

51:00

when you say when it comes out, you're talking about the movie that they keep shutting down that one,

**Gregg Phillips** 51:06
the the really the date, let's call it the database. It's much more than that, because it's much bigger than that, but we're gonna release all of our research, we're gonna release all of our data, we still haven't figured out exactly how to release all the video, in part because the videos pretty worthless. I mean, there's some there were some good video but but the people will see when it comes out, they'll be like, What in the world? This is terrible in there, right? It's terrible. And we're reason we're going to push it out there is let people know that only a fraction of the counties had video, surveillance video on their drop boxes at all. And the ones that did, it was terrible. So we have a few good Dropbox videos. But you know, out of the four or 5 million minutes of video we have, I'd say probably, you know, 10,000 of its worth watching, and references just junk. But anyway, we're, we're blowing and go in and everything's great. And, and we're hot it was,

52:04

I was gonna say so great. How can people I want to watch this movie that you're trying to get out? What do people do to try and find it? Do they go to their soulmate website? Or what what do we do?

**Gregg Phillips** 52:16
Yeah, let's look, we haven't decided yet, I think what we're gonna do is we're gonna send out we've got about 25,000 people that have signed up for opendata.ink, which is the kind of the research database, I think what we're going to do is we're going to, we're going to see this out there, we're going to do some drops, we're going to mark the data, the and we're going to watch who's attacking it. And then we're going to we'll make some decision. And once we get that done, but the bottom line is with the fusion center in place, some of Catherine's projects in place with Protect America dot vote in place. And there are lots of other people out there that are doing some amazing things. So I spoke with General Flynn last week, they're doing some amazing things with their own Fusion Center in Florida, different people are doing different things. And, and, you know, and it's hard, because everybody wants it, everybody wants it to be if you're not with me, you're against me. And that's not quite the way this is going to work. I mean, you know, if people, we don't have that many people on our side, that we can do it

exactly like that, but we have some really great people that are stepping up and really doing some amazing research. And while you know, they're probably not going to go to church with me, and you know, they won't be in these prayer groups. And, and, and, you know, probably didn't come to the pit. And when we when we did pray at the bid, they probably weren't in the prayer circle. But But, but they're important to the process. And it's important that we, we, you know, keep some of our own emotions out of the way and always tell everybody look that my TrueNorth is freedom, in this case, and yeah, and if and if you're if anyone's willing to fight for freedom, and well, yeah,