# Plaintiff's Response in Opposition to Defendants' Emergency Motion to Inspect Property of Plaintiff:

# Exhibit G

# Here's How They'll Try to Steal the Midterms - Gregg Phillips Interview with Seth Holehouse (AKA ManInAmerica)  August 30, 2022

Original here: https://rumble.com/v1hz1jr-heres-how-theyll-try-to-steal-the-midterms-gregg-phillips-interview.html

**SUMMARY KEYWORDS**
people, election, vote, fbi, china, patriots, confucius institute, happen, chinese, overwhelm, information, data, run, ballots, greg phillips, important, folks, america, steal, day

**SPEAKERS**
Gregg Phillips

00:00
You? Ladies and gentlemen, welcome to man in America. I'm your host Seth Holehouse. So by now it's obvious that dark and powerful forces are manipulating our elections. Recently, Mark Zuckerberg basically admitted to Joe Rogan that the FBI and Facebook intentionally steered the outcome of 2020 by censoring news about Hunter Biden's laptop from hell. ==Meanwhile, in China, a server has been discovered containing the personal data of 1.8 million US poll workers==. And as we head into the midterms, the mainstream media is already starting the exact same narrative like they did in 2020. The big question is, how will they attempt to steal the midterms? And more importantly, can they get away with it, even if we have a red tsunami? So joining me today is Greg Phillips to discuss all of this and more. Before we get started, today's show is brought to you by rise TV, a patriot owned streaming platform. With all the big tech censorship and the monetization going on right now. The subscribers that rise TV are literally the reason I can bring you this critical information today. Over at Rhys, our mission is to uncover the truth no matter how dark and difficult, we'll always holding on to hope you can have a few laughs along the way. Over and rise, we have a massive, massive content library with amazing content, and an incredible community of patriots that you're gonna get to know on day one. And you get to hang out with me and my guests for the second half of every show and ask your questions and share your thoughts and ideas. So if you have any specific questions that you want Greg to answer, make sure you join us on righ t rise TV, there's a link for a free trial in the description below. You should go ahead and click it now. So that way, you're all set up and we cut the public streams for the exclusive q&a During the second half of the show. Also, make sure you're following me on telegram and true social at man in America. You can also catch every episode as a podcast, if you just want to listen, the links to my podcasts and all the social media are in the description below. And folks, by now we've all sensed that we're in for a bumpy ride for the foreseeable future. Russia and China are truly flexing their

muscles on the global stage. And they've aligned with India, Brazil, South Africa and dozens of other countries to transition away from the US Dollar as the dominant global currency. So what does this mean? Well, for most of us, Americans, the US dollar is all we know, right? All of our hard earned money is completely tied to it, whether it's through the stock market, or bank accounts, pensions, 401k, etc. But you see, the rest of the world is fed up with the US printing money out of thin air and demanding to trade it for things of real value. So this is why Russia has already back its currency with gold and many other nations are expected to follow. But what happens to the US dollar if it loses its global reserve status? Well, the value of our dollars our life savings could literally be wiped out overnight. And look, I'm not a financial advisor. So please do your own research. But I believe that now more than ever, it's a good time to consider transferring at least some of your wealth into physical gold and silver. Real world assets have stood the test of time we're talking five 1000 years. And for this, I'm confident recommending noble gold, you can buy gold and silver directly or you can even transfer your IRA into physical gold and silver with zero taxes or penalties. Most importantly, you can trust noble gold with your wealth, they have an A plus rating with the Better Business Bureau and hundreds of positive reviews from the folks like you they've already helped. Now look, I want to be really, really clear with you. You don't buy gold and silver to get rich, you do it to protect your wealth. But if things get really tough history has left us with many stories of folks scooping up land and other valuable assets for a few gold coins. So now's the time, folks, if you want to learn more about this, open up a new tab right now and go to gold with seth.com. Or you can call 877-646-5347 to speak to someone right now, the folks at Noble gold who will answer all your questions and take care of you every step of the way. Again, that's 877-646-5347. And look, I'm not saying noble goal is the only option if you already know something sells gold and silver. Great. All I'm saying is that you should please act now and protect your wealth before it's too late. So folks, this is going to be a fantastic, fantastic interview with the patriot, Greg Phillips. But I have a quick note, for those of you that are watching on YouTube, we're not going to be publishing this interview on YouTube. Right, this is going to be a very, very important interview. And we're gonna be talking about a lot of what happened in 2020, what they're lining up for 2022. And I can't publish this on YouTube. So if you want to join us and watch the rest of this show, which is gonna be incredible, please click on the link in the YouTube description. And you can go over to rumble to watch it where we can actually talk about things openly over there. So Dom, you can go ahead and cut the YouTube stream. So we can go ahead and talk about all these things that the commies don't want us to talk about. So without further ado, let we're gonna bring on my guest today. Mr. Greg Phillips. So Greg, thank you so very, very much for joining me again.

**Gregg Phillips** 07:06
So I can't thank you enough for having me back. And your audience has been amazingly supportive of us and me and, and just really grateful for for you and the work that you're doing and your voice and your voice for freedom around the world.

07:22
Thank you. You know, some people are calling this the Battle of the beards. But I think we're on the same team. So I'm just I'm really worried for years on the opposite side of you, and on the front lines of this. So it's

**Gregg Phillips** 07:34

so many people recognize me because of my beard, but it's actually a little bit silly, I'll walk down an airport, people come up and want to take pictures of me and be sure you get his beard in the picture. It's just it's kind of funny, but you know, I've, I've been able to laugh about it and enjoy it. And I just, you know, again, I'm super thankful for not just your listeners, but all the people that have supported Catherine through the vote. And some of the work that we've been able to accomplish is surely been extraordinary.

08:08
It's really, really important because the I think that for a lot of us, we're going through this process of realizing that our country hasn't been in the control of weather people for quite some time. And you know, without getting into the corporatocracy and, and all the corruption and bureaucracy that exists just looking at the elections, which are really the foundation of us being able to choose who we want to represent us. Right? That is, like we're not, you know, we're not saying that if you're a leader, you have full command, or as we're saying, Look, we're giving you permission to rule us. And this that this is one of the big problems we're facing right now is that they have hijacked that entire process of us being able to choose our leaders and adjust in fair way. And so, you know, I want to first dig into a few things that are just more topical, the first one being, I'm not sure if you saw the recent interview with Mark Zuckerberg and Joe Rogan, where Zuckerberg has come out and he I'm not sure if he was intending to do it on purpose or not. But he basically admitted that the FBI pressured Facebook, to censor the Hunter Biden laptop information, which we know and Trump was very open about this untrue social saying, Look, if that would have gotten out there, it would have turned to the times of the election, and the damning evidence was so strong. So this we have, really this is almost what you call the fascism. This is a wing of of of our government working with a private corporation to change the course of our own elections. I mean, this is a very slippery slope. So and you've also had some dealings with the FBI. You guys brought your information to the FBI. So I wanted to get your take on what you think the FBI is role is in our elections.

**Gregg Phillips** 09:57
Well, if you really get into the heart of that this agent that was ushered out of out of the Bureau yesterday in in DC really, I think can see the, what they believe are the most important things right. And the so this guy seems to be certainly a bad guy, but maybe sacrificial in some ways, in the way that they let this happen. So this guy was in charge of election integrity related things and investigating those type things, which tells us a lot now that we've been through what we've been through, he was in charge of this laptop situation, he was in charge of, of the rate at at Mar a Lago and gathering those documents. So, you know, when one might think, well, this guy's really a bad guy. Our opinion is, is reasonably close to that. We believe that, that law enforcement broadly these days, whether it's state level or, or even locally, if it's a police chief, and, and rising up to coerce the FBI, that there's a real distinction between some of these people, which I would call political law enforcement, you know, who are given operations are given missions to go do things that have a very political feel, and a very political bent. And, you know, whether it's Peter strock, and his girlfriend or others, I mean, there, there is plenty of reason to believe that these people are not good people. But our experiences is interesting, in that, when you get below that political law enforcement thing or that level, you really run into a lot of good people. I mean, some of the people that we've met, and some of the people that we know, in the intelligence community group, in the FBI, these people's job is and there are 17 agencies that have an

intelligence community presence. So the intelligence community is made up by people inside of each of these organizations, whether it's DHS, or whether it's the FBI, or the NSA, or the CIA, so on and so forth. All of the defense agencies, and their job is to surface information, to get information from from people to get information from confidential informants to get information from human sources that they have, and that they've acquired and maintained on the ground. It's important on in trafficking is important drug trafficking, human trafficking, you know, all of the border issues, all of these issues have an intelligence community component to them. So that if someone say in the Air Force I see comes up with some information, he or she might be able to give it then to someone at DHS that might need it that they would do. So that's the way the community is sort of formed, and obviously horribly, oversimplifying something that's far more complex. But that's, that's really what the IC is our experience with these people that are out there. And their job is to surface things that is pretty extraordinary. I mean, these people have been, you know, mostly good to us. They've, they've kept us out of trouble. They've alerted us when bad things were happening around us. We've been able to go to them when we've had, like servers taken down. And I mean, we can we actually have people we can go to and talk to. But similarly, these people's job is to surface information. So if we find something that is so important, from a national security perspective, that we just can't deal with, I mean, we're just people, right? And we're just citizens, citizens, researchers, in a way, we happen to have a few, maybe better connections or not. We happen to have data sources, maybe some tools that the average the average man or woman may not have. But the process of taking that information, understanding that as an actual national security application, and then and then presenting it to your anyone's icy contacts. That's the way the game is supposed to work. And that that's what America is, is really how it's designed to work and, and those people are really good people. We don't we don't really run into any bad guys at that level and or at least as far as we know.

14:24
That's then once they get encouraging, I'll say that's encouraging to me because I think that it's really easy to look at these giant organizations or even these new 87,000 IRS agents and, and just think that like, Okay, if you were the FBI bad, you're a Storm Trooper, you're working for Darth Vader, so you're a storm trooper. But actually, I think that this what they want us to believe is that it's the behemoth of his agencies that are all against us. But actually, you make a really good point and that that even that like there gives me the sliver of hope instead thinking that there's actually a lot of patriots and constitute you people that love the Constitution, that it's just their job, and they don't like the fact that they hand that information up the ladder. And then it gets you to say, three levels above and then something bad happens with it. So just it's good to know that there are a lot more good people out there, and they want us to believe sorry to interrupt you. But it's I think it's important point to me.

**Gregg Phillips** 15:18
Yeah, and, you know, important for us, because, frankly, I think we've survived because of some of these people. Because you know, when you work with people at this level, you sort of get to know them. And it's not that they're your friends, per se, but but you have a collegial relationship with them. And you can pick up the phone and call them and say, Hey, we've got something really important to talk about, can you meet us for lunch? Or can you meet us in Houston, or whatever the we know, whatever the answers are. And it also helps sort of bridge the gaps into where you need to go. So let's say we had, I can't think of a, I can't really think of a great example. But let's say we surface some information

that had something to do with Ukraine and Russia. And it was super important. And what do you do with that, so you're just an average guy sitting in your office, somebody presents you with something that seems like oh, my gosh, somebody needs to know about this. If I took that to, say, the intelligence community representative from the FBI, he or she may not be able to do anything with that, but they might be able to hand that off then to or oil and Dora introduce us to someone say at the agency, or, or the CIA or at the NSA, or someone or DOD for that, for that matter, that that might have some knowledge or interest or whatever, and then handing that off, and then letting us go make the presentation to that individual, or, or really share kind of what we know and then walk away. What happens occasionally is really what happened to us. And all of this is that is that there are times, and I was just talking to a retired FBI agent this morning on this very topic, a very senior person. I mean, he's really somebody I really admire his his career and his trajectory. And, and I was talking to him this morning about this. And I said, one of my frustrations is that, you know, if we stay in it, we never know where those those lines are those bright, there is no bright white line, right, it's more of a gray kind of chalky line that you sort of get there you step on, like, oh, like, I'm not sure I'm supposed to be here. Because sometimes you are given information from from a human source or acquire information from from open source research, or whatever it is. But in sometimes it doesn't even matter, right? Sometimes, you know, they don't care, we don't care. So we've tried to hand it off to and they're like, and whatever, you know, we don't care about that. However, there are times when you do encounter things, that that you need to hand off. And, and having people that you can go to that you can trust to say, look, here's how we receive this information, we don't want it, we want to get rid, we don't want it in our offices or whatever. Here you go, go do this. And these people are really great at handing off to people that they know, and they trust inside of, say, a local field office of the FBI, or, or maybe maybe maybe a, you know, a CIA Case Officer at the agency or something like that. And so being able to hand off that data

**Gregg Phillips** 18:35
is important. But occasionally, it becomes more important because you know more than they do, or, or there's an important operation that needs to be executed, maybe a counterintelligence type operation, where they really need to stop what's happening. It's not just that they need to know about it, they need to go find the bad guy, but maybe it's still going on and they need to try to engage in it, try to find ways that they can counter it or stop it from actually happening. And, and even at that point, generally speaking, with one or two limited exceptions, we've had very positive experiences and those handoffs and being able to brief people, they're interested, they're thoughtful, they're kind, they're smart. They bring in other analysts that may have different skills than they do to listen to us. And, and, and it was a and this happened in in January of 2021, related to some information that we acquired from an open source research project that we were doing, and we didn't know, it's still don't whether or not it's, you know, actually a crime or not. We have our strong suspicions at this point. But when we handed this information off to them, they were willing to accept it and take it, but they needed us to remain engaged because we do so much more than they did. It wasn't like we could go have a 30 minute lunch with them. And here's your, you know, computer desk and or here's your Storage Desk and good luck to you guys, which occasionally is, this is more like, this is a big deal. And, and they need us to stay, they needed us to stay in, in the game. And so it went on for months, it went on for over a year. For 18 months, we were working with them I personally worked with them. I personally went to Detroit where they were working from and met with them and spent time with them. And and it shared information,

shared phone calls, shared text, hey, what do you know about this? Do you know about that? You know anything about the banking relationship? Do you know anything about these new patterns, or these new trademarks that we found and what's going on with this? And it was a very collegial in this case, a very collegial relationship with with with true patriots. I mean, their job was what would prevent them from being out, you know, like, like me, or you would, you know, trying to uncover something just for the sake of patriotism. But there's no question these people were good people and patriots, and they worked with us right up until right up until the very end. And, and and we never, mostly, it wasn't until the near the end, where we really had a sense that something went wrong, that it wasn't any longer about learning about who this company was or what they were doing or their involvement in elections? Or could we prove it? Or what was the connection between this company and that company or this bank and that bank out at all? What do you know what, it stopped being that. And, and the challenge that we had was really post that. And we knew it was changing. around mid April or So Katherine received a call from one of our somebody that we were in close contact with, at the FBI saying, Hey, I don't want you to tell Greg this, but we got a problem. And the problem is, we went up and presented 18 months worth of research, or some people went up and, and presented 18 months worth of research. And during the presentation, the counterintelligence operators, were basically ordered to go tell the target that we had penetrated his systems illegally and, and really turn it on us and go to and it was China based. And so you know, and it goes, and I'll come back to that in just a minute. Because that's the most striking thing of all that.

**Gregg Phillips** 22:41
It was, it was like, wait, what, and so, I mean, we didn't even know what to do. And he's like, Listen, don't work at work. We're working on this, we're gonna have another meeting about it on a Friday. Now, by now it's very close to the mules being released. And we sort of had this sense, it was kind of feeling like, maybe they're worried about the movie deals movie, maybe they're not what's going on with this. And, and then the movie is released. And, you know, we got another call, right? As the movie was being released, saying, Look, don't worry about it. We work this out. You know, nobody's nobody's in trouble right now, whatever. And then about maybe maybe two or three weeks after the movie was released, which I'm sure your your viewers and listeners would would remember. I mean, we were we were pretty busy. I mean, we had a lot going on. And we were we were, you know, not only in demand publicly, but we were the media, the leftist media was really trying to poke holes in what we were doing. And they still are, I mean, think Philip pump at the wall post read, like 20 articles now negative about us. And I got another request this morning that the New York Times is wanting to do an article not only about the old stuff, but about this newest stuff. And so it started with that again, and you just can't make this up. And so anyway, we were in pretty hot demand, like at this call on a Wednesday morning from from a senior person at the at the FBI, saying listen, someone I know, saying listen, you're in trouble. So why any he's pretty, pretty threatening for him. We had never been threatened by them before in this way. But he's like, Look, you talk too much. And you gave a an interview, or you talk to a confidential informant, who then shared with us that you had stolen three servers from the Chinese Internet, and that you had copies of all of them. And you're in big trouble to like, whoa, whoa, whoa, no, first of all, I mean, I'm the tech geek in Vegas coming out so you can't steal the internet, right? You can't steal the Chinese internet or any other.

24:54

Internet, right.

**Gregg Phillips** 24:56
Right. So so they were in essence accusing me of stealing the Chinese internet. And, and, um, I mean, it doesn't even, it doesn't even really compute but but then is it kind of kind of played out? Somebody, you know, some, you know, maybe someday I'll know who it was. And I'll be able to try to understand what actually happened. But But these people, somebody went to the FBI and said that I had stolen three servers from the Chinese internet that I had copies of that store and all over the place. I think I know who it was, because that's not at all what was said, they got confused between our video we have a bunch of open source or video surveillance video that we got through open records. And we do have several copies of that stored in different places. And I think, in the midst of all of what was being said out there, I think somebody simply went to the FBI and logged on and said, he stole the internet, and he's got all these servers and, and bad and you can almost imagine somebody some, you know, hater that that wants to get rid of us or me going out and doing that. And, and it was so outrageous. But it was it was a more outrageous in the phone call. Remember, this is somebody that I know, and I have enormous respect for he said to me, after that, that shock was over, and we kind of battered about for a bit. Then Then he says to me, well, listen, do you still know the guys? And do you still have the phone numbers of the guys in Detroit? I said You mean the agents? And he said, Yeah. I said, Well, course I'm in it. I mean, yeah, I mean, we we taught, you know, a couple times a week for a year. And he said, he said, Well, they still want to work with you and trying to figure out this, this situation. I'm like, Whoa, wait a minute, you just threatened me and told me you're gonna have me arrested for stealing the Chinese internet. And now you want me to go work with the same people that are in charge of the underlying investigation? This can't be right. It's the reason set that we decided to go public with all of this. ==And, and we decided to share it in the way that we did, you know, with with people that I'm sorry, I should have muted that apology. It's the reason that we decided that we were going to share this at the pit with==, you know, 180 patriots 180 people, you know, most of which are our friends, and, you know, care, my goodness, 100% of them care about this country. And whether they're 1,000%, in line with my true north, you know, maybe not, there were a few hiccups around all of that people that were a little mad at me about some of the stuff, but we had to get it out. And we had to get it out as quickly as we could. Knowing first of all that, that anonymous researchers broadly. But researchers in general, especially some of the people at that event, are our top quality researchers, there were a few people there, one of them is one of the best open source researchers that I know, there were a couple of prosecutors there. Some people don't know that we're gonna have a grand jury convening soon on some of this stuff. So we were very strategic and what we did and why we did it and who we invited. And, and it's going to pay dividends, it already has paid some dividends, because I think it has pushed away this idea that we're gonna get Roger Stone here for the moment, or, you know, or Paul Manafort or, you know, any of these other people, they've drug out of their houses in the middle of the night, you know, like the jackbooted thugs that, that some of them seem to be. But again, that said, 90,

**Gregg Phillips** 29:02
virtually 100% of the people that we came in contact with, that we came in contact with, were good, good people. They were good. They were they looked after us. They didn't seek to have anything ugly happened to us. It wasn't until it got to political law enforcement in DC. And what they said to women, we don't even know the two agents were the two women agents ordered them to turn it on us. And, and

whatever other calls in between where they were saying, Look, you guys need to get ready for the nuclear option here. And we need to go public with this. And it was those admissions that ultimately, like well, we can't wait. And I mean, we went to a few. We went to Senator Johnson. I think Catherine contacted Jim Jordan's office. We contacted a few people high placed in the media and they could touch it. It was just too hot. hematogenous Gosh, literally days before the pit, that raid at Mar a Lago, you know, advice and credit was it was fortuitous, to say the least.

30:12
How much Xenos, I read a really good article detailing the server that you guys discovered in China, where you found one around 1.8 million poll workers that the detail right the details on almost 2 million United States poll workers, but not just that their family members, maps of the buildings where the voting machines are kept. I mean, how much in your just in your understanding and through your research? How much of this goes back to the CCP, right? And back to, you know, the Chinese Communist Party, really working to sway our elections, like layout me what you found that led you back to them?

**Gregg Phillips** 30:58
Yeah, it was extraordinary. The adventure was extraordinary. So we found that the there was one individual and he came here from China, as part of a sort of a professor exchange type program, he was an engineer had trained at the university and, and in China, came to Michigan State back in 1998, or something like that, you know, very soon thereafter, started this company, the company got involved in a lot of telecommunication stuff, they were bringing, they were sponsoring h1, B, people to come over here from China, to turns out that one of the key programmers actually programmed the internal comms mechanism for for the Confucius Institute. And if you don't know much about Confucius, you should. Yeah, and, and, you know, Pompeo basically booted them out. And they've now reconfigured themselves in other ways, they're in the States. But these are not good guys, the same guy that program, the comps the system that transferred or that moved all of this data to China is the same guy that created the comps, the internal comps mechanisms for the Confucius Institute, back to the CEC

32:12
group, a quick note out for the viewers. So the Confucius Institute, it's basically it's one of China's main ways of bringing propaganda into the school systems across America. So university level will have the Confucius Institute will fund teachers all kinds of programming for people going to, you know, your local university to learn about China. But the entire thing is a CCP run infiltration and propaganda operation. Like it's completely a communist operation. And it Mike Pompeo, yeah, he was very, very on top of trying to expose under the Epoch Times has done that a lot. So you're telling me that this guy who was when the lead programmers of the Confucius Institute itself, is also the one that is spinning his data off to China? So is it through their infiltration into these tech companies into this? And how are they getting this? How is the CCP getting their hands on the data of these poll workers and maybe throw using tick tock? It'd be easy, right? But how are they getting that kind of information?

**Gregg Phillips** 33:14
There's a piece of software called PollChief, we started looking into PollChief because it kept emerging in places where we were doing research and we found out okay, it's in DeKalb. County, Georgia. And

next thing you know, it's in Travis County, Texas. We're Austin is and and we started looking around and it's in Detroit. And, and it's in all of these places. We're like what is happening here. And so we started, Catherine started doing open records requests, and started learning a little more about these contracts. And a little more about it, as we dug into using some open source tools that help you track these things. One called binary edge, we realize that there's one particular IP address, where all of the software and this this, basically this company created a software that manages elections. It manages all of the information, human information, facility based information, it manages the RFID codes on the machines, everything there is to know about an election and manages the hours that people work in these elections. And all of this data rolls up into into depending on let's just say it's in Fairfax County, Virginia, vote for fairfax.com and then vote for boston.com. Vote for the number four la.com. And all over the country. These M Johnson, Johnson County, Kansas and I mean all over the country. This this software is emerging out there. And we're like, what, what is even happening with this? In binary ads, one of the things that it does is it not only tells you what URLs resolved there, all of those ones that I just mentioned, but it tells you where it lives. Where does this server live? And you can actually track it down and you track it down to China. it on the main Unicom backbone in China. And, and it was almost impossible for me to believe it came to me from some of my analysts who got me to, they uncovered it. They brought me to Dallas into a hotel room at the Anatole Hilton Hotel and in Dallas, just off the campus of SMU. I mean, I got there like nearly midnight, and we started get rolling up into this data, they plugged one of their computers into the television, and we're we're looking at this stuff live by 430. In the morning, we were we were, I was pretty well scared that this was bad. You know, this wasn't our geo data. This wasn't what we normally do. And by the way, that's being tracked too. But that's a whole different topic. The the, the volume of data that was went beyond just this, because the way China operates in their social scoring system is the data is all way or Dan. So they and they, they are the largest owners of American of data about Americans in the world. And so as data sells in its

36:10
largest owner of data about America.

**Gregg Phillips** 36:15
Correct about Americans, about Americans. And and it's absolutely frightening what they've what they've compiled. The other piece of this, that's important, and sorry, there's so many pieces to this, it's hard to kind of sometimes get your arms around. But the other thing that your viewers listeners need to understand is that by Chinese law, if something comes on to the Chinese backbone, in other words, it's the end the Chinese internet, that means the CCP owns it. And so what I'm telling you is that, that night, in mid January of 2021, I personally witnessed the scrolling through of millions and millions of records about Americans. We later found out that that was attached directly to the score to the social scoring system for some pipes and some layers because they have to report it up. And once you're already in that server, you can just follow it up. important key note here, guys, that for your for everyone, especially the FBI, and especially the two women who want to turn this on May, we didn't steal anything. They left it open. The database was a MongoDB database that they left open. And there was no stealing going on. There was some scraping going on, there was no breaking in there were no tools used to break in. We didn't steal anything. The Chinese left this open for everyone to see. But remember, it was coming from a software that was ostensibly a US based company. And instead, I'm not just saying this data was being stored in China, I'm telling you the apps were running from China,

the database is running in China. It's on the Chinese internet, meaning the Chinese own it. So that so that is on a Friday, that was on a Friday night or Saturday morning, 430. In the morning, by the time I left, I immediately drove down to Houston never went to sleep that night, got a Catherine to come over Cand meet me in Houston on Saturday morning. And by Sunday, we had made a plan to hand this off this idea, this concept off to the FBI. Because it was national security. We knew that there were at the time before the Chinese scrubbed at all. There was a similar incident that happened in Australia. They had servers in Canada. There were there was all sorts of underpinnings around all of this that were just absolutely frightening. They have multiple offices in or near Michigan State including one right across the street in the same building that had housed the the Confucius Institute when it was still there. So there were lots of reasons for us to be oh my gosh, we have to do something about this. One other interesting point is we so we pointed this out, we took it to the FBI, and they got engaged in almost immediately the target. The guy that ran the company started communicating with us about the open records request. And so, so we're like, Well, that's what we do. Yeah, we'll happily meet with you and talk to you about it. We did this all with the permission and the cooperation of the Bureau, because they had already opened up an investigation because this guy was already on their radar. It wasn't just that we brought something in, he was already on their radar, but they could never pin him down with anything. They didn't have the you know, they just didn't have the line of sight. Like we just accidentally stumbled on that in that launched an 18 month investigation that brought me up to the pit. And so us having to explain what I just you know, and I did it I think a little bit more eloquently at the pit. But that said, this is real. This isn't this isn't just a joke. This isn't just Oh, believe me about these, these pee caps that are flying through the air. And, you know, I actually happen to know a little about pee caps. But this is not that. What we're saying is the data being being processed by an app, run by a company based in Michigan is processing, storing, analyzing, and utilizing all of the data that is gathered from these elections. In from their own website. It says they're in 1000s of counties across the country. And we know they're in places like Los Angeles, you know, we know that there. I can tell you today there are 43,000 records of Los Angeles poll workers that are that are on this list. What's even more frightening about that particular one?

**Gregg Phillips** 41:00
Is the the Los Angeles version of it in particular, what they have programs in LA, where young people, high school kids, as soon as they're 16, can go work in the polls. It's great experience. It's it's, you know, it's I think it's great. I mean, I think it's a great program. But how would you feel if if your teenagers personal information, including what they're studying, if they're in college, or if they're in high school? What are they focusing on? And all of this information was stored in this Chinese social scoring system?

41:39
And that is what's frightening to me. So I wanted to ask you about so do you think from what you're seeing that the CCP is using a variety of, you know, we know they're using tick tock has all kinds of backdoors that they're using, including election software, to build a database of Americans and that they're layering their social credit system in with that database? And that's a frightening thing to ask about is why on earth would the CCP be building a digital database of American citizens that ties into their social credit scoring system that is frightening.

Transcribed by https://otter.ai

**Gregg Phillips** 42:22

It's, it's absolutely frightening. And when you consider now that they know these people's cell phone numbers, they know everything about them, they can track them. They know when they're leaving the polling that they have their hours, but they also know when they're leaving the polling places they know when it's going to shut down, they know who's working. So if you wanted to shut down this, not that anybody would ever shut down vote counting on election night. But let's just say that everybody wanted to shut down vote counting on election night at the same time, and put you and you knew every single person that was working in every single polling place and every single target area, and you had all that information, you don't think that that's something that they could have figured out? I mean, it makes it makes it makes me question every single person, you know, the, the penetration of the Chinese, I mean, you know, you go in and you play, I'm just making this up, you go in you find in an 18 year old kid, who's just doing this to make 15 bucks an hour. And you go in and say, hey, you know, some Chinese, you know, honeypot or whatever goes and meets up with some teenage boy and says, Hey, I got some for you, if you'll just just give me a little bit of information. And and you think about those possibilities. It's, it's off the edge. It's frightening. And and I'll add to a few more things to this, the number of secretaries of state and Election Officials in the United States of America that have been to China, on these on these sharing adventures that they go on. I'm talking about Republicans, I'm talking about Democrats, I'm talking about people that are shown up in, you know, speaking with Secretaries of State in the United States, speaking Chinese and thanking them for all that they've done to help them get elected. And, and, and traveling over there. What in the world is the Secretary of State in the in, say, Alabama? What in the world is the Secretary of State and Alabama, doing go into China to talk to their students about our elections?

44:27

Why it's even you because this is a my

**Gregg Phillips** 44:30

students? So my question will be,

44:33

yeah, but even it's a mayor's mayors of small towns in Ohio. And so, you know, back when I used to work with the Epoch Times, I made a lot of contacts of people that really understand China and they've got access to China, like no media I've seen on Earth, what they're able to uncover there. And I was speaking to a woman that was very well connected. And what she told me was that the CCP has studied every single level of our society to know how everything works even down to the the board level of a local school. They know how it works. They know who the key influencers are. And so they invite people over to China for these trips. And it's, it's not just like, you know, you might see like, say Mitch McConnell, and, you know, we know his wife is very tied into the jungles and men regime and all these kinds of things. But it's literally mayors of small towns in a place like Ohio, for instance. And what they do, then what this woman explained to me, is that it's it's bribery and blackmail. And that's the purpose of these trips. So these hotels are staying in each hotel room might have 3040 50 cameras and recording devices. And so say that there's a mayor from small town, Ohio, it's a good Christian man, family, guys, like why I get a trip to China to talk to them, they want to learn how we're successfully running our small towns in America, you know, what an honor? Well, you know, he's at dinner with

somebody, and so impose Messiah sit down and say, Look, we're gonna give you half a million dollars for you to work with us. But it means you're going to do what we say, and we're gonna get information when you access your information, etc. He might say, Look, you know, look, I'm a God fearing man, and I'm a patriot, I'm not going to do that. He goes up to his room, and a woman shows up, beautiful young Chinese woman shows up at his door, and she knocks in and she says, hey, you know, kind of come in, and he goes, Look, nope, like, I'm a Christian man, I've got a wife and four kids at home. Not gonna happen. He wakes up the next morning with her in his bed. Next to him. He didn't realize they already planned it, they knew that they don't accept, Oh, he didn't accept our bribe. So it's not going to work. They already poisoned, they already put something in his drink at night, you know, and she doesn't go up there, there's no option. They've got it all recorded. And if he's lucky, that's all it was. It might have been a young child, it might have been a young child that he wakes up debt with a child debt next to him, you know, everyone looks at Epstein, the communists, they're the ones that mastered the use of pedophilia as blackmail. And that was me that's that's old Soviet Soviet campaigns, I that was a deep thing that they did. So this is, you know, it's it's honey potting to the nth degree. And this is how they've compromised so many people in America. And it's not just you know, you look at Congress and say, all, you know, Crenshaw, or you know, your Kissinger or whoever you want to, you want to kind of point that it's on the small local levels, and what you're telling me it just, it matches up perfectly to so much other stuff that I've heard, but the fact that they're layering all this information they're getting with a social credit system, and it's just like, Oh, my goodness, like, what have we gotten ourselves into? What have we gotten ourselves into? But I want to talk to you a little bit as we're heading into the midterms, right? I just saw an article this morning, how, you know, CNN is saying, you know, we thought it was going to be a red tsunami, and now it's going to be a red puddle. So the media is already laying out the narrative that a lot more people are actually not going to be voting Republican, even though we know it's the opposite. We know that it's like, after the last two years, who in their right mind is still going to look at that and say, you know, I want more liberals and in Congress, I want more liberals in the Senate, etc. And so they're already laying the foundation for this. So to me, it's almost it's a given that they're going to try to steal the midterm elections, especially with Biden recently coming out and talking about look, once we win the midterms, we're going to ban assault weapons, we're going to, you know, get roe Roe v. Wade back, you know, it's right place. So what do you think their game plan is? Because we're watching them now. Right? I know that a lot of what you guys are doing with the pit with with the sheriff's with empowering the citizens with your teaching people about how the mule networks work like we're uncovering, you're uncovering a lot of their methods of deception and treachery. But to me, I don't expect them to say you know what, you know, Greg Phillips, and they're doing such a great job, we probably can't steal the election. Right? I'm sure they've got intricate plan. So how do you think they're still going to attempt this? And more importantly, after that, how can we stop it? How can we ensure that we can still somehow get the right America first patriots into office?

**Gregg Phillips** 49:11
Well, first of all, let me say that that much of what you just described could have been avoided had Republican legislators in states around this country done the right thing stepped up and been leaders and stop this nonsense. You know, in Arizona, you know, they there were three or four different bills that might have made a difference. None of them passed, ostensibly, because one person supposedly in the Senate fits in want them to pass and and you just can't make this stuff up. And our experience during these couple of during these last couple years has been amazing. We Georgia passed a bill that

frankly almost made it worse than then better. And by the way, I said that earlier in the week and lo and behold I start getting beat up in Giorgia again for, for the meal stuff. But it's just true that there was no leadership. But here's what did happen along the way, that great awakening amongst people, you know, whether it was because of meals or meals was just one of the reasons or whatever, there is a real understanding. And there's some amazing people out there that don't know anything about deals that are just doing their own thing and, and thinking how can I help? What can I do? Catherine has long Catherine Cabrera has long said that, that sometimes it's not enough just to vote. And this is one of those times. So here's, here's our view of what what needs to happen. And everybody's got a different opinion. And I embrace those opinions. I mean, many of these people are my friends, they just disagree with me about whether you should really vote or vote on election day, or, you know, how you should do this, what we should all do. One thing we've learned through all of our research, and all of the work that we're doing is that while some people believe that this was really sophisticated, and that these machines are programmed in a way to do certain things, and flip boats, and do all this kind of stuff. One thing that we believe that we know is that much of what's happened from a what people likely call fraud is really process based. And, and you can, you can watch them manipulating the processes that that they believe can help them win. Now, I'm sure there are some of these machines and some of this other stuff that are happening out there, we just didn't look at that. Because we don't believe that the bulk of the cheat is that sophisticated. If it is that sophisticated, then we do have a problem. But here's what we know. And we've tested some of this out, we tested some of this out in Arizona this year, we've done it in some other elections across the country during the primaries that they build in the CI into the process and into the safety of the machines or the algorithm, the software that runs the machines. And if we can just agree on that, then then the extension is okay. They have to build that, that process or they have to build the cheat into those processes, and well in advance. The reason that they fight so hard not to change, you know, to make the process that, you know, they had all those consent decrees back in 2021, and 2020. Most of them expired in 2021. A few of them are still around that so many, I mean, there's there's been some some positive sort of process based things that have happened,

**Gregg Phillips** 52:42
it takes a while to really embed all of this, what people sometimes don't fully understand is that this is not just one election system, you can't just break into into a the federal system or you can't break into even a state that that you have to break into 3700 counties, you know, 185,000 precincts to really make a difference. And and you are to really make the difference that people think they can make the some of it happen once you get to central count, maybe but the cheat happens long before that, and it really puts it puts in place, the possibilities at Central count can make those changes what I would have rather done, I wish we would have cleaned the voter rolls make it mandatory every 30 days, the secretaries of state and the counties have to clean their voter rolls. I'd like to I would like to have eliminated mail in voting completely. I would like to or except for, you know, extreme circumstances, somebody's disabled or whatever, we've got to make provisions for all of that everybody agrees with that. We've got to get rid of these drop boxes, it's a crime. What happens is a crime. And in the in the in the zeal to make it easier for people to vote, they opened up a door to criminals. And furthermore, I would say they opened up a door even to disparate treatment. So if you take these drop boxes, you put them only where poor people live, or mostly where poor people live, then you created a disparate treatment possibility under the law. And so drop boxes need to be eliminated then the final thing that I would have recommended is make this a serious crime. Make people fear what's going to happen to them. Make it make it a 10

Transcribed by https://otter.ai

year mandatory sentence if you if you're the meal runner, that you're causing these ballots to be stuck these meals don't want to go to jail make it a five year mandatory sentence if you if you're caught stuffing ballots, you're going to jail for five years.

54:36
Yeah should be offense. I mean it should be no question

**Gregg Phillips** 54:38
100% 100% Now they could stop it but the states could have done all of these things they chose not to. Here's what we learned along the way and here's why we think that that this that we have a chance to to overwhelm this. They tried in Arizona to when Carrie lake was running in the primary they tried In Arizona to say near the end, what the the Republican whoever they were trying to run some lady up there a 50 year old lady married to a 95 year old billionaire. And they she was out spending this money trying to get elected. And, oh, that's fine. And you can say what you want about her, you know, I think she was a fool. But But you notice a few weeks before early voting, they started saying even my pollster call, we had a pretty tense conversation where he was I said, What is going on? You're sharing these numbers and these numbers, you know, they're not reflecting what we're saying. He goes, Oh, you don't know what you're talking about whatever we got in a pretty tense conversation. But it dawned on me on that conversation. That's the first place they start manipulating, just like you just said, they start manipulating and start to change expectations amongst the populace, that there is this, this tsunami of support for these rhinos in that case, or the leftists, and other cases. And, and but but as we started really looking into it, we decided that they were building their projections based on numbers that they were injecting into the situation. So you could take what they were saying, and realize that they were taking those projections. And then that's how they were deciding how much cheating they wanted to do, how much ballot stuffing they wanted to do, how much Miss county they wanted to do all the things that they needed to do, they were using those initial projections, because it takes a while to get this done. You can't just say, Oh, I'm going to change this tomorrow and make it happen. You can't do that. So what we what we figured out was that if we sat down together all of us and I was fortunate enough to have an opportunity to sit down with with with some Macquarie's people or campaign people, some other lawyers and some other people from around the country, some of the American first people, some other people, and really make up a plan, okay? If This Then That. And we made an entire contingency plan, if this happens, here's what we're going to do. If this happened, here's what we're going to do. But the other thing that we did was stop that consciously stop this idea that they that was going around the state at that time, that everybody needs to vote on Election Day. I'm for that, but that means everybody, if our side is the only one voting on Election Day, that's how they know how much cheating they made. Because they can project then you're gonna get this many votes, and they'll have it down to a few 1000 votes. That's why you always see it, like, you know, that they, they figure it out, and they get it close. And then you know, it gets, you know, 451 49, and then all of a sudden it flips. That's all they gotta do. And that's why it happens over and over and over again. But our idea was to flip the script on that and overwhelm them in the, in the early voting, so that it screws up all their projections, and they have no way to deal with the overwhelming vote also happening on election day. So what we what we learned, and this is how we projected what was going to happen on election night, it took it back to election night it looked it was you know, carriers behind by 40,000 votes and or 41,000 votes. But what was happening is they were counting and certifying signatures, they hadn't already

counted those votes. Everything that happened on election night, was the early vote with signature verification. So the next day, so that was on Tuesday, so Wednesday's count where they added another 25,000 votes or so was the stragglers, the extra stuff, the yield kava stuff all these extra ballots that dribbled in or there was just something confusing about them, or they couldn't verify signature, they were curing signatures, whatever else it was, that happened on Wednesday. And then by Thursday, what they were counting was the verified signatures from Tuesday. So there were three separate counts. And, and had, everybody just voted on election day, they would have been able to potentially overwhelm it by Thursday, when they actually counted Election Day ballots. Our point was just take that option away from them. So we overwhelmed them with early votes. And and somebody if somebody wanted to go back on and in truth and look at my timeline.

**Gregg Phillips** 59:34

At one point, you can see it start to roll. And you can see by the time by the time the the early vote was done counting, it was nearly I think precariat was up by a few 1000 votes. And then by and then she gained a few more votes on that Wednesday count, which was the stragglers and then by Thursday, she was ahead and there was nothing they could do. They couldn't cheat enough because we had also overwhelmed the vote on the Election Day. So, in effect, what we were able to do is finding method to blow past their cheating. And there was nothing they could do about it. But we had so many contingency plans if something went wrong, like you're may remember in Pinal County, that they sent out a bunch of bad ballots, and then the guy that the guy that sent the bad ballots out, backed it up with 63,000 More bad ballots. We had a contingency plan for that. And so we went to Sheriff lamb and said, Hey, what's going on? He's like, it's like, we're on this blah, blah, blah. So okay, well, we need to watch because here's what they'll do next. And sure enough, on election day, they tried to act like they ran out of ballots. We already had a plan for that. So So even for the few precincts that actually ran out of ballots, we had a plan to get more ballots into those precincts, and Sheriff lamb, and, and others in the county, the honest people had their eyes on this, they fired the guy. So we had contingency plans for each of the things that they might do. And that's what we have to do. I understand why people think we ought to vote on election day, if I had my druthers, I would only vote on Election Day, everybody votes on one day, give the whole nation that the day off. And everybody go vote on election day, I'm 100%. for that. I'm also in favor of voting on paper until we get all the tech fixed, we've got too many tech problems. But if we did that, we could get a good clean count on election night, and everything would they would go back to some semblance of normal. But that's not where we are. Remember, the Republican leadership failed to change anything, we still have all the same machines we had before, we still have all the same algorithms that are running or software that's running those machines, we still have all this many of the same people that the cheaters that were there before. So we have to build contingency plans, we have to build to build a method to overwhelm their expectations. In the early vote, it states, the Dukes, they're still in states that don't do it. But then we have to also overwhelm them on election day, and there's nothing they could do about it, they won't be able to make the changes quick enough. And if they do try to make the changes by sending out more ballots by doing this by doing that, then we're there with eyes on watching this process. I'm not saying it's gonna be perfect, yes, we're gonna have some mistakes. But I'm telling you that there are prosecutors, right now, prosecutors that will be completely unexpected, that come forward and nail some of these people for the cheating, as we approach September and October. And what you're going to see is you're going to see an absolute fear from the left, because they don't want to go to jail, right? They want to cheat, but

they don't want to go to jail. Some of these people are going to be charged with perjury, some of these people are going to be charged with fraud.

**Gregg Phillips** 1:02:56
I think I might have lost, no, I'm here. Okay, perfect. Okay, the the, the, some of these people are going to be doing things that but if we have eyes on, and we have eyes on these drop boxes, and we have sheriffs that we can hand things off to, and we have prosecutors that whether they're on the right or on the left are interested in justice and free and fair elections, then we're going to have a great opportunity to serve to not just survive this, but to but to actually actually overwhelmed this. So rather than thinking of it as a red tide, i i prefer things I don't know if you know much about what tsunamis actually are. But tsunamis exit actually overwhelmed and there's more water than there is place for it to be. And that's what it really needs to be and, and I think we can overwhelm them both sides of this and completely break their algorithms. Even if they started today, they couldn't fix what's going to happen. Now there are going to be some places where we're going to lose this there are going to be some places in New York and other places where they have some other problems and some other softwares that that have intervened. But there are also more patriots awake right now. And there are more people willing to get eyes on and to engage. And as I said earlier, Katherine always says, sometimes just voting is not enough. You also have to work now's that time we need to be ensured that if you can't work, if you've got, you know, two full time jobs, then you just got to be sure you vote. And you also have to be sure your friends, your family, your colleagues, everyone vote, you know, pick that old lady up across the street and drive her to the polls, help her vote. It's up to us now. The government is not going to say the government is trying to kill you. The RNC doesn't care. They don't want you to win. And so we have to overwhelm this and it's the only way to do it. It means voting. It means working. It means helping. It means supporting the patriot movement. Find your true north. We've had a lot of people say things like well until we fix 2022 or 2020. We can't We can't we're not going to go In 2022, well, that's exactly what they want you to say. And anybody who says that to you is suspect in my view. The other big thing that's out there right now, Seth is people saying and some really important, people in the movement are saying we may not have elections in in, in this cycle. I wholly disagree. There is no means to do it. People keep saying, well, Biden is going to issue some executive order and do something to keep it from happening. Biden can't do that. These are state elections, states run these elections. This isn't this isn't a presidential year where we even have to worry about the Electoral College states run these elections. It's not going to happen. We're going to have elections. And it's going to happen this year. If you want to have a contingency plan, where you say, Look, I don't I just disagree with you. And I want to find out what happened in 2020. Okay, so do we, that's why we're working. That's why we do in the work that we're doing. That's why we're still I think in the next seven business days, we're going to be in seven different states talking to prosecutors, we want to fix two. So join us, but you still have to vote. You still have to work in 2022. If you want to have a contingency that if if Biden does this, then we're going to, you know, whatever. Okay, but that doesn't. That's that's a that's can only be a contingency. That's not what's gonna happen. We're 28 days away, actually. Yes, today's Tuesday, we're 28 days away from early voting in the first early voting states 28 days, they've already printed the ballots, they've already printed you Aqaba. They already have these ballots out there right now. And in the early voting, process, once it kicks off, almost guarantees that there won't be anything else that happens. You cannot wait. You have to work. You have to vote. You have to help other people. But you have to get people registered. If you know somebody that's not registered, take them and get them

registered. Take them, you take them to get in your car, pick them up and take them that's up to you. Think about if the Patriots just I think I have like 150,000 or something people that follow me. They get Think about if 150,000 people that just follow me went and picked somebody up and got them registered to vote. That's 150,000 votes. Right.

**Gregg Phillips** 1:07:25
And I know I get wound up about this, but but the this misinformation that's out there, and people that are, are well meaning but just you know, they don't know, elections, they haven't been involved in this, you know, just because you were really good at your job, and you're really good. Something doesn't mean that you really fully understand what's going on with these elections. And unless you've watched these people do this for the 40 years that I have, between me and Katherine, we've been doing this for over 50 years, we get this, we know how they're going to cheat, we understand the process. So so pick and choose, you know, who you listen to carefully. But the one thing you can't you can never do is listen to someone who says, Don't vote. Exactly. Those people are wrong. They have a they have an agenda that is not yours.

1:08:16
And I think that what you know, what you've shown with Arizona, which was a critical, a critical election with Kerry Lake is that their fortress is not impenetrable. And that if we do if we overwhelm them, if we the people take control, we can actually do this, we can cast them off, as as we're supposed to. So Greg, we're gonna be heading over to Rhys TV for some q&a Very soon on was a few, a few points. And once we get over there, actually, I want to ask you, whether you think there's a path for Trump to get back into the White House before 2024. So I want to have that kind of brief discussion are there because it's something that just is eating away at me and whether we're there's a possibility that how we can make that happen. And then we also have some other questions that are answering your feels either or watching live right now. If you want to ask your questions, come join us over on rice TV, it's free there's a link for a free trial. So it's free today, go over there, set an account up you can come in it's a very it's a fantastic place. You can get your question answered most likely by Greg which would be fantastic. But Greg, before we do that, where can people follow you? And what resource have you guys been working on building resources for people that want to get more involved in the voting process? So for all people that are watching and actually I'll say really quickly, I really I hope that those you're watching can share this video. I know right now you're watching live you're hanging on the edge of your seats. You don't want to do it right now. But after you're finished watching email to a few friends put up on through social put on Telegram, Facebook, you'll probably get banned on Facebook for a week or so. Unfortunately, it just Facebook and it is how it is but you'll just get this out there and it's just important for this information to be get out a The details you've given us about how we can actually make this election successful. But also, I feel like our conversations has really helped people see that a lot of you who the real enemies are and really seeing China's role in our election system and what the threat is So, you know, so again, share this show. And also, Greg, if you feel let me know if I can pull any websites off or something but let me know where should people go to get more involved in what you're doing both on the ground or to support what you're doing I want people to really know how to access your your work.

**Gregg Phillips** 1:10:33

Well, first of all, let me say through the vote.org Katherine and the true devote team are doing some amazing things and creating some amazing opportunities. So true the vote.org and sign up and and I promise you, they'll fill it can get you engaged. The second group is another group that Katherine founded with Sheriff Mark Lam. And that's Protect America dot vote, protect American vote, there's a cool video up there, you can kind of see what they're doing. You could sign up there, you can nominate your sheriff to participate with us. It's a key thing to do. TEF America, games dot.as. For me, patriot games.com. We started it as kind of a just a little podcast because we were what we're hoping to do is create sort of a reality podcast so that as we were going to educate people on what we're doing, we have a fusion data fusion center that we're pulling people into, it's called Ground fusion. You can access dot.com, okay, and think of it as sort of a Rio reality podcast, we're going to you're going to be able to listen in to us and our analysts. We're going to be taken, we're going to be taking information that we gather from people in the field, we're going to be working that information, and we're going to show you how we actually run ops. So that's a kind of a fun thing, if you're interested in doing that, in man between the three of those and folks like you, Seth, and so many others that are out there. Let's see, we're on rumble. You're on rumble Catherine's on rumble. I think I think hers is true the vote I think mine's real patriot games. And, and then she's on locals. We haven't started on locals yet. I don't know that I actually will. But I think she's got a Monday night show at 6pm, Central 7pm. Eastern, where that she's bringing folks in and and really doing a good job and having an interesting conversation on her local show. So we're everywhere all the time. We're spending as much time as we can talking to folks. And as we start approaching this election, and and really get back into the cycle where folks need to be thinking about, you know, what, what can I do? Reach out to one of those groups reach out to us, we'll absolutely join with you go lock arms, I may not agree with everything you think. And you certainly won't agree with everything, I think. But you know, if we're all heading in the same general direction, and God's freedom and the true north, that we can all agree on that all our shields with anyone, and I'll trudge forward, I don't need to agree with you on every single issue, I don't need to agree with you that you're only out to vote on Election Day. It's just a difference of opinion, where we all know is that we have to overwhelm this this time. And we have to beat these people back at the polls, and there's nothing they can do if we do overwhelming.

1:13:18
I couldn't agree more. I think you'd probably agree on most things. And that's my my guess. But again, it's that the the fundamental thing is that look, whether you're liberal or white, or black, or gay, or straight, doesn't matter. Like all of us as Americans right now we're free, right? We're one of the freest countries in the world. And they're trying to take that away from us. And so I really hope that every American can really recognize what's at stake here. And, and just stand up and fight for it. Because we have to, and we also have to really help our fellow citizens, even the ones that are very brainwashed, see the truth of what's happening and get them to realize that it's not just the the Magga that are having their freedoms taken away. That's just the first step, right? Because at the end of this, every person in America has a freedom taken away, go look at Communist China look at their social credit system. That's what we're up against. And the more Americans that can realize that, then the more we can stand together and lock shields, as you say, to fight against this enemy. So right, so folks, we're not going to head over to Rhys TV for the q&a portion. Also, I want to dig into what you think is unfolding with Trump because it to me, it seems like they're trying to take some some pre emptive steps to prevent him from getting in, obviously, in 2024. But, you know, it could be that they're trying to prevent

things from happening sooner than that. So I really want to hear your thoughts on that. So again, folks, if you want to come join us, there's a link for a free trial in the description below. pay rise TV is a patriot own streaming platform. So by if you want to choose a stick around, it's 10 bucks a month, it's up to you, but it's a great way to support the work that I'm doing and my team is doing and so I hope to see you there. So, again, all you They're watching, thank you so much for watching this on the public platforms Dom, you can go ahead and cut those public feeds. And now we're going to be on rice TV exclusively. So, Greg, as it relates to Trump, I know there's been, I don't want to get too deep into the rabbit hole because I've dug deep into devolution, a lot kind of stuff. And, and that's a longer discussion, right to kind of get into that. But, I mean, do you think that, especially if we can really do well at the midterms and we can take back control of a lot of the major Institute's in DC? I mean, is there a

Transcribed by https://otter.ai