# Plaintiff's Response in Opposition to Defendants' Emergency Motion to Inspect Property of Plaintiff:

# Exhibit I

Case 4:22-cv-03096 Document 89-9 Filed on 03/10/23 in TXSD Page 2 of 2

This minute order is not an official copy unless Court certification is affixed.

```
                            MINUTE ORDER
              SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES


DATE PRINTED: 11/17/22

------------------------------------------------------------------------
CASE NO. BA509784

THE PEOPLE OF THE STATE OF CALIFORNIA
                    VS.
DEFENDANT 01:  EUGENE WEI YU

------------------------------------------------------------------------




BAIL: APPEARANCE   AMOUNT      DATE     RECEIPT OR   SURETY COMPANY   REGISTER
        DATE       OF BAIL    POSTED     BOND NO.                      NUMBER

    11/17/22    $500,000.00  10/14/22  LAB661194002 KONNECH INC

CASE FILED ON 10/13/22.

COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING COMMITTED,
 ON OR ABOUT 10/10/19 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING OFFENSE(S)
OF:


ON 11/16/22 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 030

CASE CALLED FOR FURTHER PROCEEDINGS

PARTIES: VICTORIA B. WILSON (JUDGE)  KEVIN OLIVARES  (CLERK)
         ELORA DORINI        (REP)  BJORN E. DODD  (DA)

DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY GARY S. LINCENBERG
PRIVATE COUNSEL

DEFENSE NOTICE OF MOTION AND MOTION FOR RETURN OF SEIZED
PROPERTY IS HEARD, ARGUED AND GRANTED.
.
ITEMS TO BE PROVIDED TO DEFENSE IN A REASONABLE TIME.
.
THE MATTER IS CONTINUED TO NOVEMBER 22, 2022, AT 08:30 A.M. IN
DEPARTMENT 30 FOR FURTHER PROCEEDINGS.
.
ENTRY BY K. OLIVARES

NEXT SCHEDULED EVENT:
11/22/22   830 AM  FURTHER PROCEEDINGS   DIST CRIM JUSTICE CTR (LAC) DEPT 030




                                              FURTHER PROCEEDINGS
                         PAGE NO.    1        HEARING DATE: 11/16/22
```