# Plaintiff's Response in Opposition to Defendants' Emergency Motion to Inspect Property of Plaintiff:

# Exhibit J

## Nathan W. Richardson

| | |
|---|---|
| **From:** | Dean Pamphilis |
| **Sent:** | Friday, March 10, 2023 1:11 PM |
| **To:** | rhonda_hawkins@txs.uscourts.gov |
| **Cc:** | Michael Wynne; Cameron Powell; Nathan W. Richardson |
| **Subject:** | Case 4:22-cv-03096 Konnech Inc. v. True The Vote Inc. et al |

Ms. Hawkins:

Pursuant to the Court's March 3, 2023 Order, the parties respectfully submit the following joint e-mail.

Konnech represents that Konnech and Eugene Yu's motion for the return of property was granted on November 16, 2022, but Los Angeles County has not yet returned all of the property that it was ordered to return. At the last status conference on March 2, 2023 (which is the seventh such conference in the last 4 months), the Los Angeles County District Attorney's office indicated that they still intend to provide Plaintiff with an image of the servers and, if the images are sufficient for their purposes, are considering returning the original equipment to Plaintiff. The court extended the compliance deadline to March 14, 2023. Defendants are not in a position to dispute Konnech's characterization of these events.

Dean Pamphilis (for Konnech)
Michael Wynne (for Defendants)

Dean Pamphilis
Kasowitz Benson Torres LLP
1415 Louisiana Street, Suite 2100
Houston, Texas 77002
Tel.  (713) 220-8852
Fax.  (713) 583-6006
DPamphilis@kasowitz.com