IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KONNECH, INC., | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-CV-03096 |
| | § | |
| TRUE THE VOTE, INC., GREGG PHILLIPS, and CATHERINE ENGELBRECHT, | § § § | |
| | § | |
| DEFENDANTS. | § | |

### ORDER DENYING DEFENDANTS' EMERGENCY MOTION TO INSPECT PLAINTIFF'S PROPERTY

Came on for consideration Defendants' Emergency Motion to Inspect Plaintiff's Property ("Motion") (Doc. 87).  Having considered the parties' briefing and argument of counsel, if any, the Court finds that the Motion should be denied.

It is hereby ORDERED that the Motion is DENIED; it is further,

ORDERED that Konnech's attorneys' fees, expenses and costs incurred in connection with responding to the Motion shall be borne by Defendants.

SIGNED this ___ day of _____, 2023, at ____.m.

_____
UNITED STATES DISTRICT JUDGE