# EXHIBIT A

**Partial List of Known Items Seized from Konnech by Los Angeles County**

**From residence:**

Dell Latitude 5520 laptop
Dell XPS Laptop
Centurytel thumb drive
Seagate 80GB drive
Centurytel thumb drive
Seagate drive
My Passport Ultra drive
Foldable thumb drive
Silver thumb drive, foldable key chain
Black/silver foldable thumb drive
Lexar 16 GB thumb drive
Silver/blue thumb drive (X2)
Blue foldable thumb drive
Black foldable thumb drive
Gray RSA key (X3)
Sandisk 16GB thumb drive
Vertbatim thumb drive
White foldable thumb drive
Silver/blue centurytel thumb drive
Apple Iphone in clear/red case
Huawei phone
White Apple Iphone
Silver/black Dell laptop Inspiron
Fuji Film 16MB memory card
Olympus 16MB memory card

**From Okemos office:**

(4X) hard drives from Dell desk top computer
Dell EMC – Challenger C1
Dell EMC – Challenger SV
Dell EMC – Konnech backup
Dell EMC – Challenger C2
Dell EMC – Konnech Inc
Dell EMC – Power edge R640
Juniper network
Dell power edge R630
Dell power edge R620
Dell power edge R710
Dell power edge R710

Dell power edge R740 XD
Dell power edge R7
Dell power edge T10 (710?)
Dell power edge T630 (7630?)
Dell power edge T630 (7630?)
Dell Inspiron laptop
Seagate external hard drive
WD SSD
Intel SSD
Samsung SSD 350 Pro
(19X) Dell external hard drives
(7X) Sandisk external hard drives
(6X) Tablet – Visual Land
(2X) Dell Power Edge R430
Dell external hard drive

**From East Lansing office**

Black/silver foldable thumb drive
Dell Laptop
Juniper Networks SRX345
LADA BOI Property – 6TB WD external hard drive (downloads from Nate)