# EXHIBIT C

**CALVIN H. HAYDEN**
SHERIFF



**DARYL W. REECE**
UNDERSHERIFF

DUTY HONOR SERVICE

588 E. Santa Fe, Ste. 2000
OLATHE, KANSAS 66061
WWW.JOCOSHERIFF.ORG

February 17th, 2023

Honorable Armenui Ashvanian
Los Angeles County Superior Court 30th Department
Clara Shortridge Foltz Criminal Justice Center
201 Temple St., Los Angeles, California 90012

RE: People v. Eugene Yu
Case No. BA509784

Judge Ashvanian:

    I am writing from and on behalf of Johnson County, Kansas. Johnson County now realizes we, like Los Angeles County, ill-advisedly hired Konnech, Inc. as an out outside contractor to store highly sensitive personal and logistical data pertinent to local elections.

    We want to ensure you know we have an open criminal investigation concerning Konnech, Inc. and its past services under case #IC2021-009. By their nature, these investigations take time.

    Los Angeles County has in its possession servers, computers, and other electronic equipment seized from Konnech, Inc.'s headquarters several months ago. We know this evidence is critical to our ongoing investigation. We are eager to work with Los Angeles County to preserve it and are ready to provide financial or technical assistance.

    We respectfully implore you not to return the servers, computers, and other equipment to Konnech, Inc. before a forensic mirror image has been made. We are concerned about the potential for spoliation of evidence regardless of any well-intentioned precaution that may be taken by defense counsel.

    Thank you for your time and attention to this matter. Please respond and let us know how we can help.

Respectfully,

*Det. K Cronister 1580*

Detective Kevin Cronister 1580
Johnson County, KS Sheriff's Office
Cyber Crimes Unit
(913) 574-7179

Cc: Los Angeles County District Attorney's Office Deputy District Attorney Luke Sisak