# EXHIBIT D

**KONNECH CLIENTS WHO IMPLEMENTED ELECTION SOFTWARE OVER PAST 17 YEARS (from Konnech's DeKalb RFP)**

| STATES | VOTERS | VOTE CENTERS | POLL WORKERS | COUNTIES | POPULATION |
|---|---|---|---|---|---|
| **Alaska** (Direct Pilot ABVote Service) | 501,000 | 441 | 5,000 | 20 | 736,000 |
| **Montana** UOCAVA Ballot Delivery and Disabled Voter Services | 656,000 | 550 | 6,000 | 56 | 1,005,000 |
| **New Jersey** UOCAVA Ballot Delivery | 5,494,000 | 3,500 | 35,000 | 21 | 8,865,000 |
| **Nevada** UOCAVA Ballot Delivery | 1,339,000 | 1,200 | 10,000 | 17 | 2,759,000 |
| **District of Columbia T**otal ABVote App, DCBOEE site and Motor Vehicle System Integration | 465,000 | 143 | 2,200 | 1 | 658,000 |
| **Queensland Australia** | 3,389,473 | N/A | 10,000 | N/A | 5,071,000 |
| COUNTY/STATE/COUNTRY | VOTERS | VOTE CENTERS | POLL WORKERS | COUNTIES | POPULATION |
| ***CANADA*** | | | | | |
| **Calgary County, Canada** | 700,000 | 300 | 3915 | N/A | 1,285,711 |
| **Edmonton County, Canada** | 623,854 | 300 | 3848 | N/A | 812,000 |
| **Regina County, Canada** | 175,800 | 30 | 540 | N/A | 232,000 |
| ***CALIFORNIA*** | | | | | |
| **Alameda County, CA** | 1,160,000 | 796 | 5000 | N/A | 1,510,000 |
| **Contra Costa County, CA** | 900,000 | 781 | 5000 | N/A | 1,156,530 |
| **Fresno County, CA** | 715,000 | 791 | 5170 | N/A | 1,006,250 |
| **Los Angeles County, CA** | 6,216,686 | 7000 | 80,000 | N/A | 10,015,940 |
| **Orange County,  CA** | 651,000 | 500 | 5000 | N/A | 1,405,360 |
| **San Francisco County, CA** | 503,899 | 250 | 3001 | N/A | 883,305 |
| **Sonoma County, CA** | 300,000 | 24 | 350 | N/A | 496,801 |
| **Santa Clara County, CA** | 998,343 | 824 | 5000 | N/A | 1,924,000 |
| ***COLORADO*** | | | | | |
| **Adams County, CO** | 250,000 | 20 | 200 | N/A | 469,000 |
| **Denver County, CO** | 394,100 | 51 | 510 | N/A | 727,211 |
| **Douglas County, CO** | 168,000 | 15 | 250 | N/A | 320,000 |
| **Jefferson County, (state unknown)** | 387,951 | 20 | 350 | N/A | 586,370 |
| ***FLORIDA*** | | | | | |
| **Alachua County, FL** | 153,000 | 69 | N/A | N/A | 251,000 |
| **Brevard County, FL** | 404,000 | 129 | 260 | N/A | 550,823 |
| **Hillsborough County, FL** | 763,000 | 279 | 3200 | N/A | 1,278,000 |
| **Leon County, FL** | 187,000 | 99 | 904 | N/A | 284,000 |

| | | | | | |
|---|---|---|---|---|---|
| Loudon County, FL | 210,000 | 70 | 1100 | N/A | 363,000 |
| **GEORGIA** | | | | | |
| DeKalb County, GA | NEW CONTRACT | NEW CONTRACT | NEW CONTRACT | N/A | NEW CONTRACT |
| **INDIANA** | | | | | |
| Allen County, IN | 244,000 | 115 | 816 | N/A | 360,000 |
| Indianapolis/Maron County, IN | 184,121 | 75 | 390 | N/A | 372,096 |
| **KANSAS** | | | | | |
| Johnson County, KS | 350,000 | 286 | 1800 | N/A | 567,000 |
| **NEW JERSEY** | | | | | |
| Bergen County, NJ | 457,111 | 250 | 2100 | N/A | 932,202 |
| Union County, NJ | 364,000 | 433 | 1600 | N/A | 575,345 |
| **MICHIGAN** | | | | | |
| Detroit County, MI | 500,000 | 188 | 5313 | N/A | 680,000 |
| **MASSACHUSETTS** | | | | | |
| Boston County, MA | 350,000 | 160 | 1421 | N/A | 645,966 |
| **MINNESOTA** | | | | | |
| Minneapolis County, MN | 270,000 | 115 | 1730 | N/A | 400,000 |
| **MISSOURI** | | | | | |
| St. Charles County, MO | 256,000 | 114 | 736 | N/A | 368,000 |
| St. Louis County, MO | 750,000 | 438 | 4523 | N/A | 317,000 |
| **PENNSYLVANIA** | | | | | |
| Alleghany County, PA | 922,325 | 1337 | 6527 | N/A | 1,250,578 |
| **TEXAS** | | | | | |
| Travis County, TX | 634,000 | 257 | 1115 | N/A | 1,121,000 |
| **VIRGINIA** | | | | | |
| Fairfax County, VA | 700,000 | 200 | 5000 | N/A | 1,131,000 |
| Prince William County, VA | 220,000 | 103 | 1100 | N/A | 430,000 |