# EXHIBIT E

STATE OF TEXAS                             §
COUNTY OF MONTGOMERY            §

### AFFIDAVIT OF AARON HUGHES

Before me, the undersigned notary, on this day personally appeared Aaron Hughes, the affiant, a person whose identity is known to me. After I administered an oath, affiant testified as follows:

1. "My name is Aaron Hughes. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I have reviewed the scope of work that may be entailed in creating a mirror image of the data stored on electronic devices that I understand were seized from Konnech, Inc. and the residence of its president and CEO Eugene Yu.

3. The attached is an estimate of my charge for doing this work, not including travel costs.

4. I expect that I could complete the job in approximately 21 days.

_____
Aaron Hughes

SWORN TO and SUBSCRIBED before me by Aaron Hughes on March 14, 2023.

_____
Notary Public in and for the State of Texas

BRENDA BREWSTER
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 08/12/26
NOTARY ID 200713-4

1



**VIDOC RAZOR, LLC**

Mailing Address:
4582 Kingwood Dr., Ste. E #390
Kingwood, TX  77345
832-413-4282

March 1, 2023

Michael Wynne
Gregor, Wynne, Arney PLLC

**RE: Proposal for documentation, acquisition, and imaging**

**ABOUT THE FOUNDER**

Aaron Hughes is the founder and President of Vidoc Razor LLC., which performs computer security and forensics services for clients throughout Texas and the United States. In addition to providing information forensics service for the past 20 years, Mr. Hughes has provided credit-qualified training for attorneys, and law enforcement at the local and Federal levels in open-source intelligence gathering techniques, and information forensics. Mr. Hughes holds a patent in his area of expertise, and is a published author with the American Bar association.

A curriculum vitae and letters of reference for Mr. Hughes have been attached to this proposal.

**PROPOSED SERVICES**

Document (chain of custody), acquire, and preserve evidentiary items using industry standard methodology.

**ESTIMATED PROJECT COST:**

Flat-rates will apply for the items presented:
Thumb drives:                        $350
External/Full Hard drives:           $850
Tablets/Mobile devices:              $1250
**Total Project Cost:                $80,300**

An itemized inventory and cost breakdown has been attached to this proposal.

Device/Cost Breakdown

| Item | Count | Cost | Total |
| --- | --- | --- | --- |
| | | | |
| Dell Latitude 5520 laptop | 1 | $850.00 | $850.00 |
| Dell XPS Laptop | 1 | $850.00 | $850.00 |
| Centurytel thumb drive | 1 | $350.00 | $350.00 |
| Seagate 80GB drive | 1 | $850.00 | $850.00 |
| Centurytel thumb drive | 1 | $350.00 | $350.00 |
| Seagate drive | 1 | $850.00 | $850.00 |
| My Passport Ultra drive | 1 | $850.00 | $850.00 |
| Foldable thumb drive | 1 | $350.00 | $350.00 |
| Silver thumb drive | 1 | $350.00 | $350.00 |
| foldable key chain Black/silver foldable thumb drive | 1 | $350.00 | $350.00 |
| Lexar 16 GB thumb driv | 1 | $350.00 | $350.00 |
| Silver/blue thumb drive (X2) | 2 | $350.00 | $700.00 |
| Blue foldable thumb drive | 1 | $350.00 | $350.00 |
| Black foldable thumb drive | 1 | $350.00 | $350.00 |
| Gray RSA key (X3) | 3 | $350.00 | $1,050.00 |
| Sandisk 16GB thumb drive | 1 | $350.00 | $350.00 |
| Vertbatim thumb drive | 1 | $350.00 | $350.00 |
| White foldable thumb drive | 1 | $350.00 | $350.00 |
| Silver/blue centurytel thumb drive | 1 | $350.00 | $350.00 |
| Apple Iphone in clear/red case | 1 | $1,250.00 | $1,250.00 |
| Huawei phone | 1 | $1,250.00 | $1,250.00 |
| White Apple Iphone | 1 | $1,250.00 | $1,250.00 |
| Silver/black Dell laptop Inspiron | 1 | $850.00 | $850.00 |
| Fuji Film 16MB memory card | 1 | $350.00 | $350.00 |
| Olympus 16MB memory card | 1 | $350.00 | $350.00 |
| (4X) hard drives from Dell desk top computer Dell EMC – Challenger C1 | 4 | $850.00 | $3,400.00 |

1

| Item | Count | Cost | Total |
|---|---|---|---|
| Dell EMC – Challenger SV | 1 | $850.00 | $850.00 |
| Dell EMC – Konnech backup | 1 | $850.00 | $850.00 |
| Dell EMC – Challenger C2 Dell EMC – Konnech Inc | 2 | $850.00 | $1,700.00 |
| Dell EMC – Power edge R640 Juniper network | 1 | $850.00 | $850.00 |
| Dell power edge R630 | 1 | $850.00 | $850.00 |
| Dell power edge R620 | 1 | $850.00 | $850.00 |
| Dell power edge R710 | 1 | $850.00 | $850.00 |
| Dell power edge R710 | 1 | $850.00 | $850.00 |
| (4X) hard drives from Dell desk top computer Dell EMC – Challenger C1 | 4 | $850.00 | $3,400.00 |
| Dell EMC – Challenger SV | 1 | $850.00 | $850.00 |
| Dell EMC – Konnech backup | 1 | $850.00 | $850.00 |
| Dell EMC – Challenger C2 Dell EMC – Konnech Inc | 2 | $850.00 | $1,700.00 |
| Dell EMC – Power edge R640 Juniper network | 1 | $850.00 | $850.00 |
| Dell power edge R630 | 1 | $850.00 | $850.00 |
| Dell power edge R620 | 1 | $850.00 | $850.00 |
| Dell power edge R710 | 1 | $850.00 | $850.00 |
| Dell power edge R710 | 1 | $850.00 | $850.00 |
| Dell power edge R740 XD | 1 | $850.00 | $850.00 |
| Dell power edge R7 | 1 | $850.00 | $850.00 |
| Dell power edge T10 (710?) | 1 | $850.00 | $850.00 |
| Dell power edge T630 (7630?) | 1 | $850.00 | $850.00 |
| Dell power edge T630 (7630?) | 1 | $850.00 | $850.00 |
| Dell Inspiron laptop | 1 | $850.00 | $850.00 |
| Seagate external hard drive | 1 | $850.00 | $850.00 |
| WD SSD | 1 | $850.00 | $850.00 |
| Intel SSD | 1 | $850.00 | $850.00 |

2

| Item | Count | Cost | Total |
|---|---|---|---|
| Samsung SSD 350 Pro | 1 | $850.00 | $850.00 |
| (19X) Dell external hard drives | 19 | $850.00 | $16,150.00 |
| (7X) Sandisk external hard drives | 7 | $850.00 | $5,950.00 |
| (6X) Tablet – Visual Land | 6 | $1,250.00 | $7,500.00 |
| (2X) Dell Power Edge R430 Dell external hard drive | 2 | $850.00 | $1,700.00 |
| Black/silver foldable thumb drive | 1 | $350.00 | $350.00 |
| Dell Laptop | 1 | $850.00 | $850.00 |
| Juniper Networks SRX345 | 1 | $850.00 | $850.00 |
| LADA BOI Property – 6TB WD external hard drive (downloads from Nate) | 1 | $850.00 | $850.00 |
|  |  |  |  |
| Grand Total | 102 | $44,950.00 | $80,300.00 |

3