## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| KONNECH, INC., | § § § | |
| Plaintiff, | § § | Civil Action No. 4:22-cv-03096 |
| v. | § § § | |
| TRUE THE VOTE, INC., *et al.,* | § § § | |
| Defendants. | § | |

## ORDER ON DEFENDANTS' OPPOSED MOTION FOR APPOINTMENT OF SPECIAL MASTER

After considering Defendants True the Vote, Inc., Catherine Engelbrecht, and Gregg Phillips' motion for appointment of special master and the response, the Court

GRANTS the Motion.

The Court will issue a separate order setting out further details.

SIGNED on March _____, 2023.

_____
U.S. DISTRICT JUDGE