UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KONNECH, INC., § | |
| § | |
| Plaintiff, § | Civil Action No. 4:22-cv-03096 |
| § | |
| v. § | |
| § | |
| TRUE THE VOTE, INC., *et al.,* § | |
| § | |
| Defendants. § | |

**SUPPLEMENTAL SUBMISSION FOR REPLY IN SUPPORT OF MOTION FOR LEAVE TO INSPECT**

Having just received the attached Affidavit of Grant Bradley, and in the interests of a more complete record, Defendants hereby supplement their Reply with the attached Exhibit H, Affidavit of Grant Bradley.

Respectfully Submitted,

GREGOR | WYNNE | ARNEY, PLLC

By: */s/ Michael J. Wynne*
Michael J. Wynne

Texas State Bar No. 0078529
SDTX No. 0018569
Cameron Powell
DC Bar No. 459020
909 Fannin Street, Suite 3800
Houston, Texas 77010
Telephone: (281) 450-7403
mwynne@gwafirm.com
cpowell@gwafirm.com

**ATTORNEYS FOR DEFENDANTS TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, AND GREGG PHILLIPS**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 7th day of April 2023, this document was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notifications of the filing to all attorneys of record.

                By: */s/ Michael J. Wynne*
                Michael J. Wynne