IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KONNECH, INC., | § § § § § § § § § § § § | |
| PLAINTIFF, | | |
| v. | | CIVIL ACTION NO. 4:22-CV-03096 |
| TRUE THE VOTE, INC., GREGG PHILLIPS, and CATHERINE ENGELBRECHT, | | |
| DEFENDANTS. | | |

## STIPULATION

**WHEREAS**, on March 14, 2023, Defendants True the Vote, Inc., Gregg Phillips, and Catherine Engelbrecht ("Defendants") filed Defendants' Opposed Motion for Appointment of Special Master (the "Motion") (Doc. 90).

**WHEREAS**, Plaintiff Konnech, Inc.'s ("Konnech") deadline to file a response in opposition to the Motion is currently April 18, 2023 (Doc. 93).

**WHEREAS**, Defendants and Konnech stipulate and agree to extend the deadline for Konnech to file a response in opposition to the Motion, making April 28, 2023 the new deadline.

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned, that the deadline for Konnech to file any response in opposition to the Motion is extended to April 28, 2023.

SIGNED on this _____ day of _____, 2023.

_____
JUDGE PRESIDING

Agreed to and accepted:

*/s/ Constantine Z. Pamphilis*
Constantine Z. Pamphilis
*Counsel for Plaintiff Konnech, Inc.*

Agreed to and accepted:

*/s/ Michael Wynne\**
Michael Wynne
Cameron Powell
*Counsel for Defendants True the Vote, Inc.,*
*Gregg Phillips, and Catherine Engelbrecht*

\*By Permission