IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KONNECH, INC., | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-CV-03096 |
| | § | |
| TRUE THE VOTE, INC., GREGG PHILLIPS, and CATHERINE ENGELBRECHT, | § § § | |
| | § | |
| DEFENDANTS. | § | |

## STIPULATION

**WHEREAS**, on September 12, 2022, Konnech, Inc. ("Konnech") filed the above-captioned lawsuit ("Lawsuit") against True the Vote, Inc., Gregg Phillips, and Catherine Engelbrecht (collectively "Defendants").

**WHEREAS**, pursuant to Rule 41(a)(1)(A)(ii), Konnech and Defendants stipulate and agree to the voluntary dismissal of the Lawsuit without prejudice.

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned, that the Lawsuit is dismissed without prejudice.

SIGNED on this _____ day of _____, 2023.


_____
JUDGE PRESIDING

Agreed to and accepted:

*/s/ Constantine Z. Pamphilis*
Constantine Z. Pamphilis
*Counsel for Plaintiff Konnech, Inc.*

Agreed to and accepted:

*/s/ Michael Wynne\**
Michael Wynne
Cameron Powell
*Counsel for Defendants True the Vote, Inc.,
Gregg Phillips, and Catherine Engelbrecht*

\*By Permission