United States District Court
Southern District of Texas
**ENTERED**
April 21, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KONNECH, INC., | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-CV-03096 |
| | § | |
| TRUE THE VOTE, INC., GREGG PHILLIPS, and CATHERINE ENGELBRECHT, | § § § § | |
| | § | |
| DEFENDANTS. | § | |

## STIPULATION

**WHEREAS**, on March 14, 2023, Defendants True the Vote, Inc., Gregg Phillips, and Catherine Engelbrecht ("Defendants") filed Defendants' Opposed Motion for Appointment of Special Master (the "Motion") (Doc. 90).

**WHEREAS**, Plaintiff Konnech, Inc.'s ("Konnech") deadline to file a response in opposition to the Motion is currently April 18, 2023 (Doc. 93).

**WHEREAS**, Defendants and Konnech stipulate and agree to extend the deadline for Konnech to file a response in opposition to the Motion, making April 28, 2023 the new deadline.

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned, that the deadline for Konnech to file any response in opposition to the Motion is extended to April 28, 2023.

SIGNED on this 19th day of April, 2023.

_____
JUDGE PRESIDING

Agreed to and accepted:

*/s/ Constantine Z. Pamphilis*
Constantine Z. Pamphilis
*Counsel for Plaintiff Konnech, Inc.*

Agreed to and accepted:

*/s/ Michael Wynne**
Michael Wynne
Cameron Powell
*Counsel for Defendants True the Vote, Inc.,
Gregg Phillips, and Catherine Engelbrecht*

*By Permission